**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| LOCK SEMICONDUCTOR LLC, | § § § | Case No. |
| Plaintiff, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| TEXAS INSTRUMENTS INCORPORATED, | § § § § | |
| Defendant. | § § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Lock Semiconductor LLC ("Lock" or "Plaintiff"), for its Complaint against

Defendant, Texas Instruments Incorporated ("TI" or "Defendant"), alleges as follows:

**THE PARTIES**

1.      Lock is a limited liability company, organized and existing under the laws of the

State of Texas, with its principal place of business located at 6600 Chase Oaks Boulevard, Suite

150, Plano, Texas 75023.

2.      Upon information and belief, Defendant Texas Instruments Incorporated ("TI") is

a publicly traded corporation, organized and existing under the laws of the State of Delaware, with

its principal place of business located at 12500 TI Boulevard, Dallas, Texas 75243.

3.      On information and belief, TI is a technology company in the business of

researching, developing, making, using, and selling semiconductor products, including the TI-

branded products accused of infringement in this case by Lock (the "Accused Products" defined

below).

## JURISDICTION

4.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 1367.

5.      This Court has personal jurisdiction over the Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Defendant TI has its principal place of business in Dallas, Texas, where it employs more than 20,000 employees.

6.      TI has, thereby, committed acts of direct infringement in the United States and in this District in violation of Lock's intellectual property rights.

7.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) because Defendant is subject to personal jurisdiction in this District, has committed acts of patent infringement in this District, and has a regular and established place of business in this District, including at least a commercial manufacturing facility located at 6412 U.S. Highway 75, Sherman, Texas, 75090. In addition to its existing facilities in this District, TI has, upon information and belief, commenced its construction activities with respect to a new $30 billion chip manufacturing facility also located in this District. Further, upon information and belief, Defendant has previously admitted or not contested proper venue in this District in other patent infringement actions.

## PATENTS-IN-SUIT

8.      On May 31, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,952,401 (the "'401 Patent") entitled "Standby Control Circuit and Method." A true and correct copy of the '401 Patent is attached as Exhibit A.

9.      On February 14, 2012, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,117,400 (the "'400 Patent") entitled "System and Method for Fetching an Information Unit." A true and correct copy of the '400 Patent is attached as Exhibit B.

10.     On May 31, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,355,280 (the "'280 Patent") entitled "Apparatus and Method for Providing Hardware Security." A true and correct copy of the '280 Patent is attached as Exhibit C.

11.     Lock is the sole and exclusive owner of all right, title, and interest in the '401 Patent, the '400 Patent, and the '280 Patent (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Lock also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

12.     Lock has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit.

**FACTUAL ALLEGATIONS**

13.     The '401 Patent generally relates to integrated circuit modules and, in particular, to standby control circuits for activating a standby mode in which a secondary power supply provides power to the integrated circuit module. The technology described in the '401 Patent was developed by Shankar Ramakrishnan, Kumar Abhishek, Ashish Goel, Ankit Gupta, Chandan Gupta, Mithlesh Shrivas, and Rahul Sood, and originally assigned to Freescale Semiconductor, Inc.

14.    The '400 Patent generally relates to methods and devices for fetching an information unit, and especially to methods and devices for retrieving an information unit by cache module that supports speculative fetch and write through policy. The technology described in the '400 Patent was developed by Ziv Zamsky, Moshe Anschel, Alon Eldar, Dmitry Flat, Kostantin Godin, Itay Peled, and Dvir Peleg, and originally assigned to Freescale Semiconductor, Inc.

15.    The '280 Patent generally relates generally to processing devices and, more particularly, to confining a security key or keys for authentication to a boundary established by hardware circuitry, in which traffic in and out of the boundary is only through a designated secure interface. The technology described in the '280 Patent was developed by Paul Chou, Love Kothari, and Lawrence J. Madar, III, and originally assigned to Broadcom Corporation.

16.    Upon information and belief, TI has had knowledge and notice of the Patents-in-Suit, and its infringement thereof, since they issued. TI was a direct competitor to Freescale prior to Freescale's acquisition by NXP and Broadcom. TI named those companies as among its competitors in its Annual Reports. Upon information and belief, TI monitored or was otherwise aware of those companies' patented inventions, including due to their impact on Broadcom, Freescale, and TI's market position, and based on its hiring of former Freescale and/or Broadcom employees.

17.    TI employed Shankar Ramakrishnan, one of the inventors of the '401 Patent, from 2012 to 2022 and prosecuted patent applications on which Mr. Ramakrishnan was an inventor. *See*, *e.g.*, U.S. Patent No. 11,695,539 (naming Mr. Ramakrishnan as an inventor and TI as assignee). On information and belief, TI investigated Mr. Ramakrishnan's patents and became aware of the '401 Patent at least as early as March 2012 when he was hired at TI.

18.     Further, during prosecution of TI's U.S. Patent No. 8,661,199, the Examiner used the '400 Patent's publication as a basis for a rejection on June 19, 2013. TI traversed the rejection in detail, demonstrating its knowledge of the '400 Patent from at least as early as that date.

19.     TI also has had actual notice and knowledge of the Asserted Patents and its infringement thereof at least as of the filing date of this Complaint.

20.     Alternatively, to the extent that TI avoided actual knowledge of the Patents-in-Suit, and its infringement thereof, it was willfully blind. Upon information and belief, to the extent it lacked actual knowledge of infringement, TI deliberately avoided learning of infringement, despite subjectively believing that there was a high probability that it infringed Broadcom, NXP, or Freescale's patents, and specifically the Patents-in-Suit. Upon information and belief, TI has adopted a policy or practice of not reviewing the patents of others, including those related to TI's specific industry and of Broadcom, NXP, and Freescale in particular, thereby remaining willfully blind to the Patents-in-Suit. Upon information and belief, TI lacks written policies disseminated to employees regarding monitoring or avoidance of patent infringement by TI, and lacks mechanisms for employees to report patents which they believe TI may infringe. Upon information and belief, TI and its employees understood that there was a high likelihood that patents filed on innovations by Broadcom, Freescale, SigmaTel, and NXP read on the Accused Products based on their widely publicized R&D programs, and competitor status.

21.     TI has infringed and is continuing to infringe one or more of the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, integrated circuits including a processor including, but not limited to, microcontrollers (MCUs) and Processors (the "Accused Products") identified on the TI website. *See e.g.,* https://www.ti.com/microcontrollers-mcus-processors/products.html#.

## COUNT I
### (Infringement of the '401 Patent)

22.     Paragraphs 1 through 20 are incorporated by reference as if fully set forth herein.

23.     Lock has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '401 Patent.

24.     Defendant has and continues to directly infringe the '401 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, the TMS320F2833x / TMS320F2823x Real-Time Microcontroller family (including other-application derivatives, *e.g.*, SM320F28335-EP Digital Signal Controller (DSC), TMS320F28 Real-Time Microcontroller family, and F28E12x Real-Time Microcontroller family.

25.     For example, Defendant has and continues to directly infringe at least Claim 1 of the '401 Patent by making, using, offering to sell, selling, and/or importing into the United States products that each include a standby control circuit for an integrated circuit module having a primary clock circuit for providing a primary clock signal which is active in a normal operating mode of the integrated circuit module and inactive in a reduced power mode of the integrated circuit module, and a secondary clock circuit for providing a secondary clock signal independently of the mode of the integrated circuit module, the standby control circuit comprising: a first control circuit responsive, in the normal operating mode, to an asynchronous standby signal indicating a standby mode entry event to output, synchronous with the primary clock signal, a standby mode signal indicating a standby operating mode of the integrated circuit module; and a second control circuit responsive, in the reduced power mode, to the asynchronous standby signal indicating the standby mode entry event to control the first control circuit to output the standby mode signal

6

synchronous with the secondary clock signal to indicate the standby operating mode, and wherein the first control circuit includes a first synchronizer circuit comprising at least two edge triggered registers that receive the primary clock signal as a clock input, the first synchronizer circuit has an input that receives the asynchronous standby signal, and an output for providing the standby mode signal synchronous with the primary clock signal, and wherein the first synchronizer circuit provides the standby mode signal within a first predetermined delay of the asynchronous standby signal.

26.    The Accused Products each include a standby control circuit for an integrated circuit module having a primary clock circuit for providing a primary clock signal which is active in a normal operating mode of the integrated circuit module and inactive in a reduced power mode of the integrated circuit module, and a secondary clock circuit for providing a secondary clock signal independently of the mode of the integrated circuit module. For example, the TMS320F28 Real Time Microcontroller Family comprises a standby control circuit for an integrated circuit module, e.g., a clocking system with additional logic, as shown in Fig. 3-3 below.



**Figure 3-3. Clocking System**

27.     For further example, the clocking system includes a primary clock circuit: circuitry implementing a primary clock signal (e.g., SYSCLK/CPUCLK) that is active in a normal operating mode and gated (i.e., inactive) in a reduced / low power mode (e.g., STANDBY mode). The clocking system further includes a secondary circuit: circuitry implementing a Watchdog clock (e.g., WDCLK) which is a secondary clock signal that is always active and therefore independent of the power mode.

## 3.10 Low-Power Modes

This device has HALT, IDLE, and STANDBY as clock-gating low-power modes.

All low-power modes are entered by setting the LPMCR register and executing the IDLE instruction. More information about this instruction can be found in the *TMS320C28x CPU and Instruction Set Reference Guide*.

Low-power modes must not be entered while a Flash program or erase operation is ongoing. Entering HALT stops all CPU and peripheral activities. This includes active transmissions and control algorithms. When preparing to enter HALT mode, the application must make sure that the system is prepared to enter a period of inactivity.

Before entering HALT mode, check the value of the GPIODAT register of the pin selected for HALT wake-up (GPIOLPMSEL0/1) before entering the low-power mode to make sure that the wake event has not already been asserted.

### 3.10.1 Clock-Gating Low-Power Modes

IDLE and HALT modes on this device are similar to those on other C28x devices. Table 3-10 describes the effect on the system when any of the clock-gating low-power modes are entered.

**Table 3-10. Effect of Clock-Gating Low-Power Modes on the Device**

| Modules/ Clock Domain | IDLE | STANDBY | HALT |
|---|---|---|---|
| SYSCLK | Active | Gated | Gated |
| CPUCLK | Gated | Gated | Gated |
| Clock to modules connected to PERx.SYSCLK | Active | Gated | Gated |
| WDCLK | Active | Active | Gated if CLKSRCCTL1.WDHALTI = 0 |
| PLL | Powered | Powered | Software must power down PLL before entering HALT. |
| INTOSC1 | Powered | Powered | Powered down if CLKSRCCTL1.WDHALTI = 0 |
| INTOSC2 | Powered | Powered | Powered down if CLKSRCCTL1.WDHALTI = 0 |
| Flash[1] | Powered | Powered | Powered |
| XTAL[2] | Powered | Powered | Powered |

(1)  The Flash module is not powered down by hardware in any LPM. It may be powered down using software if required by the application. For more information, see the *Flash Module* chapter.
(2)  The XTAL is not powered down by hardware in any LPM. It may be powered down by software setting the XTALCR.OSCOFF bit to 1. This can be done at any time during the application if the XTAL is not required.

### 3.10.3 STANDBY

STANDBY is a more aggressive low-power mode that gates both the CPU clock and any peripheral clocks derived from the CPU SYSCLK. The watchdog however, is left active. STANDBY is best suited for an application where the wake-up signal comes from an external system (or CPU subsystem) rather than a peripheral input.

An NMI (or optionally) a watchdog interrupt or a configured GPIO can wake the CPU from STANDBY mode. Each GPIO from GPIO0-60 can be configured to wake the CPU when the GPIO are driven active low. Upon wakeup, the CPU receives the WAKEINT interrupt if configured.

**To enter STANDBY mode:**

1. Set LPMCR.LPM to 0x1.
2. Enable the WAKEINT interrupt in the PIE.
3. For watchdog interrupt wakeup, set LPMCR.WDINTE to 1 and configure the watchdog to generate interrupts.
4. For GPIO wakeup, set GPIOLPMSEL0 and GPIOLPMSEL1 to connect the chosen GPIOs to the LPM module, and set LPMCR.QUALSTDBY to select the number of OSCCLK cycles for input qualification.
5. Execute the IDLE instruction to enter STANDBY.

**To wake up from STANDBY mode:**

1. Configure the desired GPIO to trigger the wakeup.
2. Drive the selected GPIO signal low; the signal must remain low for the number of OSCCLK cycles specified in the QUALSTDBY bits in the LPMCR register. If the signal is sampled high during this period, the count restarts.

At the end of the qualification period, the PLL enables the CLKIN to the CPU and the WAKEINT interrupt is latched in the PIE block.

The CPU is now out of STANDBY mode and can resume normal execution.

### 3.7.1.2 Backup Internal Oscillator (INTOSC1)

The device also includes a redundant on-chip 10 MHz oscillator (INTOSC1). INTOSC1 is a backup clock source that normally only clocks the watchdog timers and missing clock detection circuit (MCD). If MCD is enabled and a missing system clock is detected, the system PLL is bypassed and all system clocks are connected to INTOSC1 automatically. INTOSC1 may also be manually selected as the system clock source for debug purposes.

### 3.7.3 Device Clock Domains

The device clock domains feed the clock inputs of the various modules in the device. They are connected to the derived clocks, either directly or through an additional divider.

### 3.7.3.1 System Clock (PLLSYSCLK)

The NMI watchdog timer has a clock domain (PLLSYSCLK). Despite the name, PLLSYSCLK can be connected to the system PLL (PLLRAWCLK) or to OSCCLK. The chosen clock source is run through a frequency divider, which is configured using the SYSCLKDIVSEL register. PLLSYSCLK is gated in HALT mode.

### 3.7.3.2 CPU Clock (CPUCLK)

The CPU has a clock (CPUCLK) that is used to clock the CPU and Flash wrapper. This clock is identical to PLLSYSCLK, but is gated when the CPU enters IDLE or HALT mode.

https://www.ti.com/lit/ug/spruiw9c/spruiw9c.pdf?ts=1774489642158

28.    The Accused Products each comprise a standby control circuit that comprises a first control circuit responsive, in the normal operating mode, to an asynchronous standby signal

indicating a standby mode entry event to output, synchronous with the primary clock signal, a standby mode signal indicating a standby operating mode of the integrated circuit module. For example, the TMS320F28 Real Time Microcontroller Family comprises a first control circuit (e.g., ePIE) responsive to an asynchronous standby signal (e.g., WAKEINT interrupt) indicating a standby mode entry event to output (e.g., IDLE instruction to enter STANDBY) that is synchronous with the primary clock signal (e.g., SYSCLK/CPUCLK), where the standby mode signal indicating a standby operating mode ("STANDBY is a more aggressive low-power mode")).

### 3.10.3 STANDBY

STANDBY is a more aggressive low-power mode that gates both the CPU clock and any peripheral clocks derived from the CPU SYSCLK. The watchdog however, is left active. STANDBY is best suited for an application where the wake-up signal comes from an external system (or CPU subsystem) rather than a peripheral input.

An NMI (or optionally) a watchdog interrupt or a configured GPIO can wake the CPU from STANDBY mode. Each GPIO from GPIO0-60 can be configured to wake the CPU when the GPIO are driven active low. Upon wakeup, the CPU receives the WAKEINT interrupt if configured.

**To enter STANDBY mode:**

1. Set LPMCR.LPM to 0x1.
2. Enable the WAKEINT interrupt in the PIE.
3. For watchdog interrupt wakeup, set LPMCR.WDINTE to 1 and configure the watchdog to generate interrupts.
4. For GPIO wakeup, set GPIOLPMSEL0 and GPIOLPMSEL1 to connect the chosen GPIOs to the LPM module, and set LPMCR.QUALSTDBY to select the number of OSCCLK cycles for input qualification.
5. Execute the IDLE instruction to enter STANDBY.

**To wake up from STANDBY mode:**

1. Configure the desired GPIO to trigger the wakeup.
2. Drive the selected GPIO signal low; the signal must remain low for the number of OSCCLK cycles specified in the QUALSTDBY bits in the LPMCR register. If the signal is sampled high during this period, the count restarts.

At the end of the qualification period, the PLL enables the CLKIN to the CPU and the WAKEINT interrupt is latched in the PIE block.

The CPU is now out of STANDBY mode and can resume normal execution.



**Figure 3-12. Watchdog Timer Module**



**Figure 6-27. Device Interrupt Architecture**

https://www.ti.com/lit/ug/spruiw9c/spruiw9c.pdf?ts=1774489642158

29.    The Accused Products each comprise a second control circuit responsive, in the reduced power mode, to the asynchronous standby signal indicating the standby mode entry event to control the first control circuit to output the standby mode signal synchronous with the secondary clock signal to indicate the standby operating mode. For example, the TMS320F28 Real Time Microcontroller Family comprises a second control circuit (e.g., Low Power Mode (LPM) Logic and Watchdog (WD)) that is responsive to the asynchronous standby signal (e.g., responsive to WAKEINT because it will respond to "re-enabling the WAKEINT while WDINT is active" by "not produc[ing] a duplicate interrupt"). For further example, the asynchronous standby signal

indicating the standby mode entry event (e.g., WAKEINT) controls the first control circuit (e.g., ePIE) to output the standby mode signal indicating standby operating mode (e.g., combined interrupt from ePIE to CPU indicating STANDBY) synchronous with the secondary clock signal (e.g., WDCLK).

### 3.9.3 Watchdog Reset or Watchdog Interrupt Mode

The watchdog can be configured in the SCSR register to either reset the device ($\overline{\text{WDRST}}$) or assert an interrupt ($\overline{\text{WDINT}}$), if the watchdog counter reaches the maximum value. The behavior of each condition is:

- **Reset mode:** If the watchdog is configured to reset the device, then the $\overline{\text{WDRST}}$ signal pulls the device reset ($\overline{\text{XRS}}$) pin low for 512 INTOSC1 cycles when the watchdog counter reaches the maximum value.
- **Interrupt mode:** When the watchdog counter expires, the counter asserts an interrupt by driving the $\overline{\text{WDINT}}$ signal low for 512 INTOSC1 cycles. The falling edge of $\overline{\text{WDINT}}$ triggers a WAKEINT interrupt in the PIE, if enabled. Because the PIE is edge-triggered, re-enabling the WAKEINT while $\overline{\text{WDINT}}$ is active does not produce a duplicate interrupt.

  To avoid unexpected behavior, software must not change the configuration of the watchdog while $\overline{\text{WDINT}}$ is active. For example, changing from interrupt mode to reset mode while $\overline{\text{WDINT}}$ is active immediately resets the device. Disabling the watchdog while $\overline{\text{WDINT}}$ is active causes a duplicate interrupt if the watchdog is later re-enabled. If a debug reset is issued while $\overline{\text{WDINT}}$ is active, the reset cause register (RESC) shows a watchdog reset. The WDINTS bit in the SCSR register can be read to determine the current state of $\overline{\text{WDINT}}$.

### 3.9.4 Watchdog Operation in Low-Power Modes

In IDLE mode, the watchdog interrupt ($\overline{\text{WDINT}}$) signal can generate an interrupt to the CPU to take the CPU out of IDLE mode. As with any other peripheral, the watchdog interrupt triggers a WAKE interrupt in the PIE during IDLE mode. User software must determine which peripheral caused the interrupt.

**Note:** If the watchdog interrupt is used to wake-up from an IDLE low-power mode condition, software must make sure that the $\overline{\text{WDINT}}$ signal goes back high before attempting to reenter the IDLE mode. The $\overline{\text{WDINT}}$ signal is held low for 512 INTOSC1 cycles when the watchdog interrupt is generated. The current state of $\overline{\text{WDINT}}$ can be determined by reading the watchdog interrupt status bit (WDINTS) bit in the SCSR register. WDINTS follows the state of $\overline{\text{WDINT}}$ by 2 SYSCLKOUT cycles.

In HALT mode, the internal oscillators and watchdog timer are kept active if the user sets CLKSRCCTL1.WDHALTI = 1. A watchdog reset can wake the system from HALT mode, but a watchdog interrupt cannot.

13

### 3.10.3 STANDBY

STANDBY is a more aggressive low-power mode that gates both the CPU clock and any peripheral clocks derived from the CPU SYSCLK. The watchdog however, is left active. STANDBY is best suited for an application where the wake-up signal comes from an external system (or CPU subsystem) rather than a peripheral input.

An NMI (or optionally) a watchdog interrupt or a configured GPIO can wake the CPU from STANDBY mode. Each GPIO from GPIO0-60 can be configured to wake the CPU when the GPIO are driven active low. Upon wakeup, the CPU receives the WAKEINT interrupt if configured.

**To enter STANDBY mode:**

1. Set LPMCR.LPM to 0x1.
2. Enable the WAKEINT interrupt in the PIE.
3. For watchdog interrupt wakeup, set LPMCR.WDINTE to 1 and configure the watchdog to generate interrupts.
4. For GPIO wakeup, set GPIOLPMSEL0 and GPIOLPMSEL1 to connect the chosen GPIOs to the LPM module, and set LPMCR.QUALSTDBY to select the number of OSCCLK cycles for input qualification.
5. Execute the IDLE instruction to enter STANDBY.

**To wake up from STANDBY mode:**

1. Configure the desired GPIO to trigger the wakeup.
2. Drive the selected GPIO signal low; the signal must remain low for the number of OSCCLK cycles specified in the QUALSTDBY bits in the LPMCR register. If the signal is sampled high during this period, the count restarts.

At the end of the qualification period, the PLL enables the CLKIN to the CPU and the WAKEINT interrupt is latched in the PIE block.

The CPU is now out of STANDBY mode and can resume normal execution.



**Figure 3-12. Watchdog Timer Module**

14



**Figure 6-27. Device Interrupt Architecture**

https://www.ti.com/lit/ug/spruiw9c/spruiw9c.pdf?ts=1774489642158

30.      The Accused Products each comprise a standby control circuit wherein the first control circuit includes a first synchronizer circuit comprising at least two edge triggered registers that receive the primary clock signal as a clock input. For example, the first control circuit of the TMS320F28 Real Time Microcontroller family (e.g., ePIE) includes a synchronizer circuit comprising at least two edge triggered registers (e.g., 16-bit enable register (PIEIERx), one 16-bit flag register (PIEIFRx), and one bit in the PIE acknowledge register (PIEACK)) that receives the primary clock signal (e.g., SYSCLK/CPUCLK) as a clock input.

15

### 3.9.3 Watchdog Reset or Watchdog Interrupt Mode

The watchdog can be configured in the SCSR register to either reset the device ($\overline{\text{WDRST}}$) or assert an interrupt ($\overline{\text{WDINT}}$), if the watchdog counter reaches the maximum value. The behavior of each condition is:

- **Reset mode:** If the watchdog is configured to reset the device, then the $\overline{\text{WDRST}}$ signal pulls the device reset ($\overline{\text{XRS}}$) pin low for 512 INTOSC1 cycles when the watchdog counter reaches the maximum value.
- **Interrupt mode:** When the watchdog counter expires, the counter asserts an interrupt by driving the $\overline{\text{WDINT}}$ signal low for 512 INTOSC1 cycles. The falling edge of $\overline{\text{WDINT}}$ triggers a WAKEINT interrupt in the PIE, if enabled. Because the PIE is edge-triggered, re-enabling the WAKEINT while $\overline{\text{WDINT}}$ is active does not produce a duplicate interrupt.

  To avoid unexpected behavior, software must not change the configuration of the watchdog while $\overline{\text{WDINT}}$ is active. For example, changing from interrupt mode to reset mode while $\overline{\text{WDINT}}$ is active immediately resets the device. Disabling the watchdog while $\overline{\text{WDINT}}$ is active causes a duplicate interrupt if the watchdog is later re-enabled. If a debug reset is issued while $\overline{\text{WDINT}}$ is active, the reset cause register (RESC) shows a watchdog reset. The WDINTS bit in the SCSR register can be read to determine the current state of $\overline{\text{WDINT}}$.

### 3.9.4 Watchdog Operation in Low-Power Modes

In IDLE mode, the watchdog interrupt ( $\overline{\text{WDINT}}$) signal can generate an interrupt to the CPU to take the CPU out of IDLE mode. As with any other peripheral, the watchdog interrupt triggers a WAKE interrupt in the PIE during IDLE mode. User software must determine which peripheral caused the interrupt.

**Note:** If the watchdog interrupt is used to wake-up from an IDLE low-power mode condition, software must make sure that the $\overline{\text{WDINT}}$ signal goes back high before attempting to reenter the IDLE mode. The $\overline{\text{WDINT}}$ signal is held low for 512 INTOSC1 cycles when the watchdog interrupt is generated. The current state of $\overline{\text{WDINT}}$ can be determined by reading the watchdog interrupt status bit (WDINTS) bit in the SCSR register. WDINTS follows the state of $\overline{\text{WDINT}}$ by 2 SYSCLKOUT cycles.

In HALT mode, the internal oscillators and watchdog timer are kept active if the user sets CLKSRCCTL1.WDHALTI = 1. A watchdog reset can wake the system from HALT mode, but a watchdog interrupt cannot.

### 3.5.2.2 PIE Stage

The PIE provides individual flag and enable register bits for each of the peripheral interrupt signals, which are sometimes called PIE channels. These channels are grouped according to the associated CPU interrupt. Each PIE group has one 16-bit enable register (PIEIERx), one 16-bit flag register (PIEIFRx), and one bit in the PIE acknowledge register (PIEACK). The PIEACK register bit acts as a common interrupt mask for the entire PIE group.

When the CPU receives an interrupt, the CPU fetches the address of the ISR from the PIE. The PIE returns the vector for the lowest-numbered channel in the group that is both flagged and enabled. This gives lower-numbered interrupts a higher priority when multiple interrupts are pending.

If no interrupt is both flagged and enabled, the PIE returns the vector for channel 1. This condition does not happen unless software changes the state of the PIE while an interrupt is propagating. Section 3.5.4 contains procedures for safely modifying the PIE configuration once interrupts have been enabled.



**Figure 3-2. Interrupt Propagation Path**

https://www.ti.com/lit/ug/spruiw9c/spruiw9c.pdf?ts=1774489642158

31.    The Accused Products each comprise a standby control circuit wherein the first synchronizer circuit has an input that receives the asynchronous standby signal, and an output for providing the standby mode signal synchronous with the primary clock signal, and wherein the first synchronizer circuit provides the standby mode signal within a first predetermined delay of the asynchronous standby signal. For example, the first synchronizer circuit of the TMS320F28 Real Time Microcontroller family (e.g., 16-bit enable register (PIEIERx), one 16-bit flag register (PIEIFRx), and one bit in the PIE acknowledge register (PIEACK)) has an input that receives the asynchronous standby signal (e.g., WAKEINT), and an output for providing the standby mode signal synchronous with the primary clock signal (e.g., combined interrupt from ePIE to CPU indicating STANDBY). For further example, the first synchronizer circuit (e.g., 16-bit enable register (PIEIERx), one 16-bit flag register (PIEIFRx), and one bit in the PIE acknowledge register (PIEACK)) provides the standby mode signal within a first predetermined delay of the asynchronous standby signal (e.g., interrupt latency time between PIEIFRx.y latching the WAKEINT interrupt and the first ISR instruction entering the execution stage of the CPU pipeline).

17

### 3.9.3 Watchdog Reset or Watchdog Interrupt Mode

The watchdog can be configured in the SCSR register to either reset the device ($\overline{\text{WDRST}}$) or assert an interrupt ($\overline{\text{WDINT}}$), if the watchdog counter reaches the maximum value. The behavior of each condition is:

- **Reset mode:** If the watchdog is configured to reset the device, then the $\overline{\text{WDRST}}$ signal pulls the device reset ($\overline{\text{XRS}}$) pin low for 512 INTOSC1 cycles when the watchdog counter reaches the maximum value.
- **Interrupt mode:** When the watchdog counter expires, the counter asserts an interrupt by driving the $\overline{\text{WDINT}}$ signal low for 512 INTOSC1 cycles. The falling edge of $\overline{\text{WDINT}}$ triggers a WAKEINT interrupt in the PIE, if enabled. Because the PIE is edge-triggered, re-enabling the WAKEINT while $\overline{\text{WDINT}}$ is active does not produce a duplicate interrupt.

  To avoid unexpected behavior, software must not change the configuration of the watchdog while $\overline{\text{WDINT}}$ is active. For example, changing from interrupt mode to reset mode while $\overline{\text{WDINT}}$ is active immediately resets the device. Disabling the watchdog while $\overline{\text{WDINT}}$ is active causes a duplicate interrupt if the watchdog is later re-enabled. If a debug reset is issued while $\overline{\text{WDINT}}$ is active, the reset cause register (RESC) shows a watchdog reset. The WDINTS bit in the SCSR register can be read to determine the current state of $\overline{\text{WDINT}}$.

### 3.9.4 Watchdog Operation in Low-Power Modes

In IDLE mode, the watchdog interrupt ($\overline{\text{WDINT}}$) signal can generate an interrupt to the CPU to take the CPU out of IDLE mode. As with any other peripheral, the watchdog interrupt triggers a WAKE interrupt in the PIE during IDLE mode. User software must determine which peripheral caused the interrupt.

**Note:** If the watchdog interrupt is used to wake-up from an IDLE low-power mode condition, software must make sure that the $\overline{\text{WDINT}}$ signal goes back high before attempting to reenter the IDLE mode. The $\overline{\text{WDINT}}$ signal is held low for 512 INTOSC1 cycles when the watchdog interrupt is generated. The current state of $\overline{\text{WDINT}}$ can be determined by reading the watchdog interrupt status bit (WDINTS) bit in the SCSR register. WDINTS follows the state of $\overline{\text{WDINT}}$ by 2 SYSCLKOUT cycles.

In HALT mode, the internal oscillators and watchdog timer are kept active if the user sets CLKSRCCTL1.WDHALTI = 1. A watchdog reset can wake the system from HALT mode, but a watchdog interrupt cannot.

### 3.5.2.2 PIE Stage

The PIE provides individual flag and enable register bits for each of the peripheral interrupt signals, which are sometimes called PIE channels. These channels are grouped according to the associated CPU interrupt. Each PIE group has one 16-bit enable register (PIEIERx), one 16-bit flag register (PIEIFRx), and one bit in the PIE acknowledge register (PIEACK). The PIEACK register bit acts as a common interrupt mask for the entire PIE group.

When the CPU receives an interrupt, the CPU fetches the address of the ISR from the PIE. The PIE returns the vector for the lowest-numbered channel in the group that is both flagged and enabled. This gives lower-numbered interrupts a higher priority when multiple interrupts are pending.

If no interrupt is both flagged and enabled, the PIE returns the vector for channel 1. This condition does not happen unless software changes the state of the PIE while an interrupt is propagating. Section 3.5.4 contains procedures for safely modifying the PIE configuration once interrupts have been enabled.

**6.12.8.2.4 STANDBY Mode Timing Requirements**

| | | | | MIN | MAX | UNIT |
|---|---|---|---|---|---|---|
| $t_{w(WAKE-INT)}$ | Pulse duration, external wake-up signal | QUALSTDBY = 0 \| $2t_{c(OSCCLK)}$ | | $3t_{c(OSCCLK)}$ | | cycles |
| | | QUALSTDBY > 0 \| (2 + QUALSTDBY)$t_{c(OSCCLK)}$ [1] | | (2 + QUALSTDBY) * $t_{c(OSCCLK)}$ | | |

(1)    QUALSTDBY is a 6-bit field in the LPMCR register.

**6.12.8.2.5 STANDBY Mode Switching Characteristics**

over recommended operating conditions (unless otherwise noted)

| PARAMETER | | TEST CONDITIONS | MIN | MAX | UNIT |
|---|---|---|---|---|---|
| $t_{d(IDLE-XCOS)}$ | Delay time, IDLE instruction executed to XCLKOUT stop | | | $16t_{c(INTOSC1)}$ | cycles |
| $t_{d(WAKE-STBY)}$ | Delay time, external wake signal to program execution resume[1] | Wakeup from flash (Flash module in active state) | | $175t_{c(SYSCLK)} + t_{w(WAKE-INT)}$ | cycles |
| $t_{d(WAKE-STBY)}$ | | Wakeup from flash (Flash module in sleep state) | | $9316t_{c(SYSCLK)}$ [2] $+ t_{w(WAKE-INT)}$ | cycles |
| $t_{d(WAKE-STBY)}$ | | Wakeup from RAM | | $3t_{c(OSC)} + 15t_{c(SYSCLK)} + t_{w(WAKE-INT)}$ | cycles |

(1)    This is the time taken to begin execution of the instruction that immediately follows the IDLE instruction. Execution of an ISR (triggered by the wake-up signal) involves additional latency.
(2)    This value is based on the flash power-up time, which is a function of the SYSCLK frequency, flash wait states (RWAIT), and FPAC1[PSLEEP].

**6.12.8.2.6 STANDBY Entry and Exit Timing Diagram**



A.    IDLE instruction is executed to put the device into STANDBY mode.
B.    The LPM block responds to the STANDBY signal, SYSCLK is held for a maximum 16 INTOSC1 clock cycles before being turned off. This delay enables the CPU pipeline and any other pending operations to flush properly.
C.    Clock to the peripherals are turned off. However, the PLL and watchdog are not shut down. The device is now in STANDBY mode. After the IDLE instruction is executed, a delay of five OSCCLK cycles (minimum) is needed before the wake-up signal could be asserted.
D.    The external wake-up signal is driven active.
E.    The wake-up signal fed to a GPIO pin to wake up the device must meet the minimum pulse width requirement. Furthermore, this signal must be free of glitches. If a noisy signal is fed to a GPIO pin, the wakeup behavior of the device will not be deterministic and the device may not exit low-power mode for subsequent wakeup pulses.
F.    After a latency period, the STANDBY mode is exited.
G.    Normal execution resumes. The device will respond to the interrupt (if enabled).

**Figure 6-30. STANDBY Entry and Exit Timing Diagram**

32.    TI has indirectly infringed and continues to indirectly infringe one or more claims of the '401 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as TI's customers and end-users, in this District and elsewhere in the United States. For example, TI's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '401 Patent, including through their use of a device including the Accused Products. TI induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-

users suggesting that they use the Accused Products in an infringing manner, including technical support, SDKs, marketing, product manuals, advertisements, and online documentation.[1] Because of TI's inducement, TI's customers and end-users use Accused Products in a way TI intends and directly infringe the '401 Patent. TI performs these affirmative acts with knowledge of the '401 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '401 Patent.

33.     TI has indirectly infringed and continues to indirectly infringe one or more claims of the '401 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. TI's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '401 Patent is directly infringed by others, including for the use of the applications listed below.

---

[1]     *See, e.g.,*     https://www.ti.com/lit/ds/symlink/tms320f280037.pdf?ts=1775415601946, https://www.ti.com/lit/ug/spruiw9c/spruiw9c.pdf?ts=1775436164686&ref_url=https%253A%252F%252Fwww.ti.com%252Fproduct%252FTMS320F280037, https://www.ti.com/product/F28E120SC,     https://www.ti.com/lit/ds/symlink/f28e120sc.pdf, https://www.ti.com/lit/ug/sprujd3a/sprujd3a.pdf, https://www.ti.com/product/SM320F28335-EP, and     https://www.ti.com/lit/ds/symlink/sm320f28335-ep.pdf;     *see     also* https://www.ti.com/info/customer-support.html ("Customer Support," including for "Technical and design help") and https://www.ti.com/info/contact-us.html (providing technical support for design support and suppliers).

- Live Firmware Update (LFU)
  - Fast context switching from old to new firmware
  - Flash bank erase time improvements
- Diagnostic features
  - Memory Power On Self Test (MPOST)
  - Hardware Built-in Self Test (HWBIST)
- Functional Safety-Compliant (PZ and Q100 PM packages only)
  - Developed for functional safety applications
  - Documentation available to aid ISO 26262 and IEC 61508 system design
  - Systematic capability up to ASIL D and SIL 3
  - Hardware capability up to ASIL B and SIL 2
- Safety-related certification
  - ISO 26262 certification up to ASIL B and SIL 2 by TÜV SÜD (PZ and Q100 PM packages only)
- Package options:
  - 100-pin Low-profile Quad Flatpack (LQFP) [PZ suffix]
  - 80-pin Low-profile Quad Flatpack (LQFP) [PN suffix]
  - 64-pin (LQFP) [PM suffix]
  - 48-pin (LQFP) [PT suffix]
- Temperature options:
  - Free-air ($T_A$): –40°C to 125°C
  - Junction ($T_J$): –40°C to 150°C

## 2 Applications

- Appliances
  - Air conditioner outdoor unit
- Building automation
  - Door operator drive control
- Industrial machine & machine tools
  - Automated sorting equipment
  - Textile machine
- AC inverter & VF drives
  - AC drive control module
  - AC drive position feedback
  - AC drive power stage module
- Linear motor transport systems
  - Linear motor power stage
- Single & multi axis servo drives
  - Servo drive position feedback
  - Servo drive power stage module
- Speed controlled BLDC drives
  - AC-input BLDC motor drive
  - DC-input BLDC motor drive
- Factory automation
  - Robot servo drive
  - Mobile robot motor control
  - Position sensor

- Industrial power
  - Industrial AC-DC
- UPS
  - Three phase UPS
  - Single phase online UPS
- Telecom & server power
  - Merchant DC/DC
  - Merchant network & server PSU
  - Merchant telecom rectifiers
- Hybrids, electric & powertrain systems
  - DC/DC converter
  - Inverter & motor control
  - On-board (OBC) & wireless charger
  - Virtual engine sound system (VESS)
  - Engine fan
  - eTurbo/charger
  - Pump
  - Electric power steering (EPS)
- Infotainment and cluster
  - Head-up display
  - Automotive head unit
  - Automotive external amplifier
- Body electronics & lighting
  - Automotive HVAC compressor module
  - DC/AC inverter
  - Headlight
- ADAS
  - Mechanically scanning LIDAR
- HEV/EV battery-management system (BMS)
  - 100-V battery pack-passive balancing
  - 12- & 24-V battery pack-passive balancing
  - 400-V battery pack-passive balancing
  - 48-V battery pack-passive balancing
- EV charging infrastructure
  - AC charging (pile) station
  - DC charging (pile) station
  - EV charging station power module
  - Wireless EV charging station
- Renewable energy storage
  - Energy storage power conversion system (PCS)
- Solar energy
  - Central inverter
  - Micro inverter
  - Solar power optimizer
  - Solar arc protection
  - Rapid shutdown
  - String inverter

## 3 Description

The TMS320F28003x (F28003x) is a member of the C2000™ real-time microcontroller family of scalable, ultra-low latency devices designed for efficiency in power electronics, including but not limited to: high power density, high switching frequencies, and supporting the use of GaN and SiC technologies.

These include such applications as:

- Motor drives
- Appliances
- Hybrid, electric & powertrain systems
- Solar & EV charging
- Digital power
- Body electronics & lighting
- Test & measurement

https://www.ti.com/lit/ds/symlink/tms320f280037.pdf?ts=1775415601946

## 2 Applications

- Appliances
  - Air conditioner outdoor unit
  - Washer & dryer
  - Robotic lawn mower
  - Merchant telecom rectifiers
  - Appliances pumps & fans
  - Appliances: compressor
  - Cordless handheld garden tool
  - Cordless power tool
  - Lawn mower
  - Mains powered tools
  - Cooker hood
  - Dishwasher

  - Refrigerator & freezer
  - Air conditioner indoor unit
  - Vacuum robot
  - Air purifier & humidifier
  - Cordless vacuum cleaner
  - Mixer, blender & food processor
  - Residential & living fan
- Building automation
  - Automated door & gate
  - HVAC motor control
- Factory automation & control
  - Actuator
  - Automated sorting equipment
- Mobile robot motor controller
  - Textile machine
- Motor drives
  - AC drive control module
  - AC drive power stage module
  - Linear motor power stage
  - Drone propeller ESC
  - Servo drive control module
  - Servo drive power stage module
  - AC-input BLDC motor drive
  - DC-input BLDC motor drive
  - Closed loop stepper
  - Open loop stepper
- Industrial power
  - Industrial AC-DC
- Portable power station
  - UPS
- Single-phase line interactive UPS
  - Single-phase online UPS
- Grid infrastructure
  - Micro inverter
  - Rapid shutdown
  - Solar charge controller
  - Solar power optimizer

## 3 Description

The F28E12x is a member of the C2000™ real-time microcontroller family of scalable, ultra-low latency devices designed for efficiency in motor drive applications.

The real-time control subsystem is based on TI's 32-bit C28x DSP core, which provides 160MHz of signal-processing performance for fixed-point code running from either on-chip flash or SRAM.

https://www.ti.com/lit/ds/symlink/f28e120sc.pdf

## 1.2   SUPPORTS DEFENSE, AEROSPACE, AND MEDICAL APPLICATIONS

- Controlled Baseline
- One Assembly/Test Site
- One Fabrication Site
- Available in Military (–55°C/125°C) Temperature Range [2]
- Extended Product Life Cycle
- Extended Product-Change Notification
- Product Traceability

https://www.ti.com/lit/ds/symlink/sm320f28335-ep.pdf?ts=1775353473930&ref_url=http%253A%252F%252Fwww.ti.com%252F

34.    The accused components within the Accused Products are material to the invention of the '401 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by TI to be especially made or adapted for use in the infringement of the '401 Patent. TI performs these affirmative acts with knowledge of the '401 Patent and with intent, or willful blindness, that they cause the direct infringement of the '401 Patent.

35.    TI's infringement of the '401 Patent is willful, at least because it has and continues to knowingly and deliberately infringe the '401 Patent. TI employed Shankar Ramakrishnan, one of the inventors of the '401 Patent, from 2012 to 2022 and prosecuted patent applications on which Mr. Ramakrishnan was an inventor. *See*, *e.g.*, U.S. Patent No. 11,695,539 (naming Mr. Ramakrishnan as an inventor and TI as assignee). On information and belief, TI investigated Mr. Ramakrishnan's patents and became aware of the '401 Patent at least as early as March 2012 when he was hired at TI. Further, TI was a direct competitor to Freescale prior to Freescale's acquisition by NXP. TI named Freescale as among its competitors in its Annual Reports. Upon information and belief, TI monitored or was otherwise aware of those companies' patented inventions, including due to their impact on Freescale and TI's market position, and based on its hiring of former Freescale employees. TI also has had actual notice and knowledge of the '401 Patent and its infringement thereof at least as of the filing date of this Complaint.

36.     Alternatively, to the extent that TI avoided actual knowledge of the Patents-in-Suit, and its infringement thereof, it was willfully blind. Upon information and belief, to the extent it lacked actual knowledge of infringement, TI deliberately avoided learning of infringement, despite subjectively believing that there was a high probability that it infringed NXP or Freescale's patents, and specifically the Patents-in-Suit. Upon information and belief, TI has adopted a policy or practice of not reviewing the patents of others, including those related to TI's specific industry and of NXP and Freescale in particular, thereby remaining willfully blind to the Patents-in-Suit. Upon information and belief, TI lacks written policies disseminated to employees regarding monitoring or avoidance of patent infringement by TI, and lacks mechanisms for employees to report patents which they believe TI may infringe. Upon information and belief, TI and its employees understood that there was a high likelihood that patents filed on innovations by Freescale and NXP read on the Accused Products based on their widely publicized R&D programs, and competitor status.

37.     Lock has suffered damages as a result of Defendant's direct and indirect infringement of the '401 Patent in an amount to be proved at trial.

38.     Lock has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '401 Patent for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT II
### (Infringement of the '400 Patent)

39.     Paragraphs 1 through 20 are incorporated by reference as if fully set forth herein.

40.     Lock has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '400 Patent.

41.     Defendant has and continues to directly infringe the '400 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making,

using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, AM62Dx Sitara Processors, AM62Lx Sitara Processors, AM62x Sitara Processors, AM64x Sitara Processors, AM65x Sitara Processors, and AM67x Sitara Processors.

42.    For example, Defendant has and continues to directly infringe at least Claim 8 of the '400 Patent by making, using, offering to sell, selling, and/or importing into the United States products that each include a device adapted to fetch an information unit, the device comprising: a processor adapted to generate a request to execute a write through cacheable operation of the information unit; a cache module adapted to receive an indication that a fetch unit is empty, and in response to receiving the indication that the fetch unit is empty, determine whether the cache module stores an older version of the information unit and selectively stores the information unit in response to the determination; and an arbiter adapted to empty the fetch unit; wherein the fetch unit is coupled to the cache module and to a high level memory.

43.    The Accused Products each include a device adapted to fetch an information unit. For example, the AM65x Sitara Processors are adapted to fetch an information unit (e.g., retrieve stored data).

# 1 Features

**Processor cores:**

- Dual- or quad-core Arm® Cortex®-A53 microprocessor subsystem at up to 1.1 GHz
  - Up to two dual-core or two single-core Arm® Cortex®-A53 clusters with 512KB L2 cache including SECDED
  - Each A53 core has 32KB L1 ICache and 32K L1 DCache
- Dual-core Arm® Cortex®-R5F at up to 400 MHz
  - Supports lockstep mode
  - 16KB ICache, 16KB DCache, and 64KB RAM per R5F core

**Industrial subsystem:**

- Three gigabit Industrial Communication Subsystems (PRU_ICSSG)
  - Up to two 10/100/1000 Ethernet ports per PRU_ICSSG
  - Supports two SGMII ports[2]
  - Compatibility with 10/100Mb PRU-ICSS
  - 24× PWMs per PRU_ICSSG
    - Cycle-by-cycle control
    - Enhanced trip control
  - 18× Sigma-delta filters per PRU_ICSSG
    - Short circuit logic
    - Over-current logic
  - 6× Multi-protocol position encoder interfaces per PRU_ICSSG

**SoC services:**

- Device Management Security Controller (DMSC)
  - Centralized SoC system controller
  - Manages system services including initial boot, security, functional safety and clock/reset/power management
  - Power management controller for active and low power modes
  - Communication with various processing units over message manager
  - Simplified interface for optimizing unused peripherals
  - Tracing and debugging capability
- Sixteen 32-bit general-purpose timers
- Two data movement and control Navigator Subsystems (NAVSS)
  - Ring Accelerator (RA)
  - Unified DMA (UDMA)
  - Up to 2 Timer Managers (TM) (1024 timers each)

26

**System-on-Chip (SoC) architecture:**
- Supports primary boot from UART, I2C, OSPI, HyperBus, parallel NOR Flash, SD or eMMC™, USB, PCIe, and Ethernet interfaces
- 28-nm CMOS technology
- 23 mm × 23 mm, 0.8-mm pitch, 784-pin FCBGA (ACD)

**3 Description**

AM654x and AM652x Sitara™ processors are Arm® applications processors built to meet the complex processing needs of modern industry 4.0 embedded products.

The AM654x and AM652x devices combine four or two Arm® Cortex®-A53 cores with a dual Arm® Cortex®-R5F MCU subsystem which includes features intended to help customers achieve their functional safety goals for their end products and three Gigabit industrial communications subsystems (PRU_ICSSG) to create a SoC capable of high-performance industrial controls with industrial connectivity and processing for functional safety applications. AM65xx is currently undergoing assessment to be certified by TÜV SÜD according to IEC 61508.

The four Arm® Cortex®-A53 cores in the AM654x are arranged in two dual-core clusters with shared L2 memory to create two processing channels. The two Arm® Cortex®-A53 cores in the AM652x are available in a single dual-core cluster and two single-core cluster options. Extensive ECC is included on on-chip memory, peripherals, and interconnect for reliability. The SoC as a whole includes features intended to help customers design systems that can achieve their functional safety goals (assessment pending with TÜV SÜD). Cryptographic acceleration and secure boot are available on some AM654x and AM652x devices in addition to granular firewalls managed by the DMSC.

Programmability is provided by the Arm® Cortex®-A53 RISC CPUs with Arm® Neon™ extension, and the dual Arm® Cortex®-R5F MCU subsystem is available for general purpose use as two cores or it can be used in lockstep to help meet the needs of functional safety applications. The PRU_ICSSG subsystems can be used to provide up to six ports of industrial Ethernet such as Profinet IRT, TSN, Ethernet/IP or EtherCAT® (among many others), or they can be used for standard Gigabit Ethernet connectivity.

TI provides a complete set of software and development tools for the Arm® cores including Processor SDK Linux, Linux-RT, RTOS, and Android as well as C compilers and a debugging interface for visibility into source code execution. Applicable functional safety and security documentation will be made available to assist customers in developing their functional safety or security related systems.

https://www.ti.com/lit/ds/symlink/am6548.pdf, at 1-4.

44.     The Accused Products comprise a processor adapted to generate a request to execute a write through cacheable operation of the information unit. For example, the AM65x Sitara Processors comprise a processor (e.g., Arm Cortex A53) to generate a request to execute a write through cacheable operation of the information unit (e.g., inner/outer "write through cacheable").

**Processor cores:**
- Dual- or quad-core Arm® Cortex®-A53 microprocessor subsystem at up to 1.1 GHz
  - Up to two dual-core or two single-core Arm® Cortex®-A53 clusters with 512KB L2 cache including SECDED
  - Each A53 core has 32KB L1 ICache and 32K L1 DCache
- Dual-core Arm® Cortex®-R5F at up to 400 MHz
  - Supports lockstep mode
  - 16KB ICache, 16KB DCache, and 64KB RAM per R5F core

27

## 3 Description

AM654x and AM652x Sitara™ processors are Arm® applications processors built to meet the complex processing needs of modern industry 4.0 embedded products.

The AM654x and AM652x devices combine four or two Arm® Cortex®-A53 cores with a dual Arm® Cortex®-R5F MCU subsystem which includes features intended to help customers achieve their functional safety goals for their end products and three Gigabit industrial communications subsystems (PRU_ICSSG) to create a SoC capable of high-performance industrial controls with industrial connectivity and processing for functional safety applications. AM65xx is currently undergoing assessment to be certified by TÜV SÜD according to IEC 61508.

The four Arm® Cortex®-A53 cores in the AM654x are arranged in two dual-core clusters with shared L2 memory to create two processing channels. The two Arm® Cortex®-A53 cores in the AM652x are available in a single dual-core cluster and two single-core cluster options. Extensive ECC is included on on-chip memory, peripherals, and interconnect for reliability. The SoC as a whole includes features intended to help customers design systems that can achieve their functional safety goals (assessment pending with TÜV SÜD). Cryptographic acceleration and secure boot are available on some AM654x and AM652x devices in addition to granular firewalls managed by the DMSC.

### 3.1 Functional Block Diagram

Figure 3-1 is functional block diagram for the device.



## 7.2 Processor Subsystems

### 7.2.1 Arm Cortex-A53

The SoC implements two Dual-Core Arm Cortex-A53 Subsystems (CC_ARMSS0 and CC_ARMSS1), which are both integrated inside the Compute Cluster (along with the MSMC module). The Cortex-A53 cores are general-purpose processors that can be used for running customer applications.

The CC_ARMSS is built around the Cortex-A53 MPCore (Arm A53 Cluster), which is provided by Arm and configured by TI. It is based on the symmetric multiprocessor (SMP) architecture, and thus it delivers high performance and optimal power management, debug and emulation capabilities.

The A53 processor is a multi-issue out-of-order superscalar execution engine with integrated L1 Instruction and Data Caches, compatible with Arm®v8-A architecture. It delivers significantly more performance than its predecessors at a higher level of power efficiency.

https://www.ti.com/lit/ds/symlink/am6548.pdf, at 1, 4 and 247.

**Table 1-1 Cortex-A53 processor implementation options**

| Feature | Range of options |
|---------|------------------|
| Number of cores | Up to four cores. |
| L1 Instruction cache size | • 8K. <br> • 16K. <br> • 32K. <br> • 64K. |
| L1 Data cache size | • 8K. <br> • 16K. <br> • 32K. <br> • 64K. |
| L2 cache | Included or not. |
| L2 cache size | • 128K. <br> • 256K. <br> • 512K. <br> • 1024K. <br> • 2048K. |

Figure 2-1 shows a top-level functional diagram of the Cortex-A53 processor.



**Table 4-88  TCR_EL1 bit assignments  (continued)**

| Bits | Name | Function |
|------|------|----------|
| [27:26] | ORGN1 | Outer cacheability attribute for memory associated with translation table walks using TTBR1_EL1. The possible values are: |
| | | 0b00 — Normal memory, Outer Non-cacheable. |
| | | 0b01 — Normal memory, Outer Write-Back Write-Allocate Cacheable. |
| | | 0b10 — Normal memory, Outer Write-Through Cacheable. |
| | | 0b11 — Normal memory, Outer Write-Back no Write-Allocate Cacheable. |
| [25:24] | IRGN1 | Inner cacheability attribute for memory associated with translation table walks using TTBR1_EL1. The possible values are: |
| | | 0b00 — Normal memory, Inner Non-cacheable. |
| | | 0b01 — Normal memory, Inner Write-Back Write-Allocate Cacheable. |
| | | 0b10 — Normal memory, Inner Write-Through Cacheable. |
| | | 0b11 — Normal memory, Inner Write-Back no Write-Allocate Cacheable. |

29



https://documentation-service.arm.com/static/6040c321ee937942ba301626?token=, at 18, 25, 144 and 245.

45.    The Accused Products comprise a cache module adapted to receive an indication that a fetch unit is empty, and in response to receiving the indication that the fetch unit is empty, determine whether the cache module stores an older version of the information unit and selectively stores the information unit in response to the determination. For example, the AM65x Sitara Processors comprise a cache module (e.g., Data Cache Unit) adapted to receive an indication that a fetch unit (e.g., load/store pipeline) is empty (e.g., an error is detected such that the entry is flushed and indicates that a fetch unit is now empty). For further example, the cache module (e.g., Data Cache Unit) in response to receiving that indication, determines whether the cache module stores an older version of the information unit and selectively stores the information unit in response to the determination (e.g., "re-fetches the data from a lower level cache or from main memory"; the Data Cache Unit consists of L1 data cache which is a lower level cache).

If the cache protection configuration is chosen, the L1 Instruction cache data and tag RAMs are protected by parity bits. The parity bits enable any single-bit error to be detected. If an error is detected, the line is invalidated and fetched again.

### 2.1.5     Translation Lookaside Buffer

The *Translation Lookaside Buffer* (TLB) contains the main TLB and handles all translation table walk operations for the processor. TLB entries are stored inside a 512-entry, 4-way set-associative RAM.

If the cache protection configuration is implemented, the TLB RAMs are protected by parity bits. The parity bits enable any single-bit error to be detected. If an error is detected, the entry is flushed and fetched again.

### 2.1.6     Data side memory system

This section describes the following:

* *Data Cache Unit.*
* *Store Buffer* on page 2-5.
* *Bus Interface Unit and SCU interface* on page 2-5.

#### Data Cache Unit

The *Data Cache Unit* (DCU) consists of the following sub-blocks:

* The *Level 1* (L1) data cache controller, that generates the control signals for the associated embedded tag, data, and dirty RAMs, and arbitrates between the different sources requesting access to the memory resources. The data cache is 4-way set associative and uses a *Physically Indexed, Physically Tagged* (PIPT) scheme for lookup that enables unambiguous address management in the system.
* The load/store pipeline that interfaces with the DPU and main TLB.
* The system controller that performs cache and TLB maintenance operations directly on the data cache and on the instruction cache through an interface with the IFU.
* An interface to receive coherency requests from the *Snoop Control Unit* (SCU).

### 6.6.1     Preload instructions

The Cortex-A53 processor supports the PLD and PRFM prefetch hint instructions. PLD and PRFM instructions lookup in the cache, and start a linefill if they miss and are to a cacheable address. However, the PLD or PRFM instruction retires as soon as its linefill is started rather than waiting for data to be returned. This enables other instructions to execute while the linefill continues in the background. If the memory type is Shareable, then any linefill started by a PLDW instruction also causes the data to be invalidated in other cores, so that the line is ready for writing.

PST, or PLDW in AArch32, is similar to a PLD, except that if it misses, it requests an exclusive linefill instead of a shared one. The PRFMs also enable targeting of a prefetch to the L2 cache. When this is the case, a request is sent to L2 to start a linefill, and then the instruction can retire, without any data being returned to L1. PLI is implemented as a NOP.

### 6.6.2     Data prefetching and monitoring

The data cache implements an automatic prefetcher that monitors cache misses in the core. When a pattern is detected, the automatic prefetcher starts linefills in the background. The prefetcher recognizes a sequence of data cache misses at a fixed stride pattern that lies in four cache lines, plus or minus. Any intervening stores or loads that hit in the data cache do not interfere with the recognition of the cache miss pattern.

## 8.1    Cache protection behavior

The Cortex-A53 processor protects against soft errors that result in a RAM bitcell temporarily holding the incorrect value. The processor writes a new value to the RAM to correct the error. If the error is a hard error, that is not corrected by writing to the RAM, for example a physical defect in the RAM, then the processor might get into a livelock as it continually detects and then tries to correct the error.

Some RAMs have *Single Error Detect* (SED) capability, while others have *Single Error Correct, Double Error Detect* (SECDED) capability. The L1 data cache dirty RAM is *Single Error Detect, Single Error Correct* (SEDSEC). The processor can make progress and remain functionally correct when there is a single bit error in any RAM. If there are multiple single bit errors in different RAMs, or within different protection granules within the same RAM, then the processor also remains functionally correct. If there is a double bit error in a single RAM within the same protection granule, then the behavior depends on the RAM:

- For RAMs with SECDED capability listed in Table 8-1, the error is detected and reported as described in *Error reporting* on page 8-4. If the error is in a cache line containing dirty data, then that data might be lost, resulting in data corruption.

- For RAMs with only SED, a double bit error is not detected and therefore might cause data corruption.

If there are three or more bit errors, then depending on the RAM and the position of the errors within the RAM, the errors might be detected or might not be detected.

The Cortex-A53 CPU cache protection support has a minimal performance impact when no errors are present. When an error is detected, the access that caused the error is stalled while the correction takes place. When the correction is complete, the access either continues with the corrected data, or is retried. If the access is retried, it either hits in the cache again with the corrected data, or misses in the cache and re-fetches the data from a lower level cache or from main memory. The behavior for each RAM is shown in Table 8-1.

Table 8-1 Cache protection behavior

| RAM | Protection type | Configuration option | Protection granule | Correction behavior |
|---|---|---|---|---|
| L1 I-cache tag | Parity, SED | CPU_CACHE_PROTECTION | 31 bits | Both lines in the cache set are invalidated, then the line requested is refetched from L2 or external memory. |
| L1 I-cache data | Parity, SED | CPU_CACHE_PROTECTION | 20 bits | Both lines in the cache set are invalidated, then the line requested is refetched from L2 or external memory. |
| TLB | Parity, SED | CPU_CACHE_PROTECTION | 31 bits or 52 bits | Entry invalidated, new pagewalk started to refetch it. |
| L1 D-cache tag | Parity, SED | CPU_CACHE_PROTECTION | 32 bits | Line cleaned and invalidated from L1. SCU duplicate tags are used to get the correct address. Line refetched from L2 or external memory. |
| L1 D-cache data | ECC, SECDED | CPU_CACHE_PROTECTION | 32 bits | Line cleaned and invalidated from L1, with single bit errors corrected as part of the eviction. Line refetched from L2 or external memory. |

Table 12-28 PMU events (continued)

| Event number | Event mnemonic | PMU event bus (to external) | PMU event bus (to trace) | Event name |
|---|---|---|---|---|
| 0xCB | - | - | - | Indirect branch mispredicted because of address miscompare. |
| 0xCC | - | - | - | Conditional branch mispredicted. |
| 0xD0 | - | [23] | [23] | L1 Instruction Cache (data or tag) memory error. |
| 0xD1 | - | [24] | [24] | L1 Data Cache (data, tag or dirty) memory error, correctable or non-correctable. |
| 0xD2 | - | [25] | [25] | TLB memory error. |
| 0xE0 | - | - | - | Attributable Performance Impact Event. Counts every cycle that the DPU IQ is empty and that is not because of a recent micro-TLB miss, instruction cache miss or pre-decode error. |
| 0xE1 | - | - | - | Attributable Performance Impact Event. Counts every cycle the DPU IQ is empty and there is an instruction cache miss being processed. |

https://documentation-service.arm.com/static/6040c321ee937942ba301626?token=, at 26, 27, 337, 369 and 476.

46. The Accused Products comprise an arbiter adapted to empty the fetch unit. For example, the AM65x Sitara Processors use an arbiter to empty the fetch unit (e.g., cache protection configuration that flushes the entry when an error is detected).

If the cache protection configuration is chosen, the L1 Instruction cache data and tag RAMs are protected by parity bits. The parity bits enable any single-bit error to be detected. If an error is detected, the line is invalidated and fetched again.

**2.1.5    Translation Lookaside Buffer**

The *Translation Lookaside Buffer* (TLB) contains the main TLB and handles all translation table walk operations for the processor. TLB entries are stored inside a 512-entry, 4-way set-associative RAM.

If the cache protection configuration is implemented, the TLB RAMs are protected by parity bits. The parity bits enable any single-bit error to be detected. If an error is detected, the entry is flushed and fetched again.

**Data Cache Unit**

The *Data Cache Unit* (DCU) consists of the following sub-blocks:

- The *Level 1* (L1) data cache controller, that generates the control signals for the associated embedded tag, data, and dirty RAMs, and arbitrates between the different sources requesting access to the memory resources. The data cache is 4-way set associative and uses a *Physically Indexed, Physically Tagged* (PIPT) scheme for lookup that enables unambiguous address management in the system.

Table 8-1 Cache protection behavior

| RAM | Protection type | Configuration option | Protection granule | Correction behavior |
|---|---|---|---|---|
| L1 I-cache tag | Parity, SED | CPU_CACHE_PROTECTION | 31 bits | Both lines in the cache set are invalidated, then the line requested is refetched from L2 or external memory. |
| L1 I-cache data | Parity, SED | CPU_CACHE_PROTECTION | 20 bits | Both lines in the cache set are invalidated, then the line requested is refetched from L2 or external memory. |
| TLB | Parity, SED | CPU_CACHE_PROTECTION | 31 bits or 52 bits | Entry invalidated, new pagewalk started to refetch it. |
| L1 D-cache tag | Parity, SED | CPU_CACHE_PROTECTION | 32 bits | Line cleaned and invalidated from L1. SCU duplicate tags are used to get the correct address. Line refetched from L2 or external memory. |
| L1 D-cache data | ECC, SECDED | CPU_CACHE_PROTECTION | 32 bits | Line cleaned and invalidated from L1, with single bit errors corrected as part of the eviction. Line refetched from L2 or external memory. |

**Table 12-28 PMU events (continued)**

| Event number | Event mnemonic | PMU event bus (to external) | PMU event bus (to trace) | Event name |
|---|---|---|---|---|
| 0xCB | - | - | - | Indirect branch mispredicted because of address miscompare. |
| 0xCC | - | - | - | Conditional branch mispredicted. |
| 0xD0 | - | [23] | [23] | L1 Instruction Cache (data or tag) memory error. |
| 0xD1 | - | [24] | [24] | L1 Data Cache (data, tag or dirty) memory error, correctable or non-correctable. |
| 0xD2 | - | [25] | [25] | TLB memory error. |
| 0xE0 | - | - | - | Attributable Performance Impact Event. Counts every cycle that the DPU IQ is empty and that is not because of a recent micro-TLB miss, instruction cache miss or pre-decode error. |
| 0xE1 | - | - | - | Attributable Performance Impact Event. Counts every cycle the DPU IQ is empty and there is an instruction cache miss being processed. |

https://documentation-service.arm.com/static/6040c321ee937942ba301626?token=, at 26, 27, 369 and 476.

47.    The Accused Products each comprise a device wherein the fetch unit is coupled to the cache module and to a high level memory. For example, the AM65x Sitara Processors comprise a fetch unit (e.g., load/store pipeline) that is coupled to the cache module (e.g., Data Cache Unit) and to a high level memory (e.g., L2 memory system via an interface to the L1 Data memory system).

### 2.1.6    Data side memory system

This section describes the following:

- *Data Cache Unit.*
- *Store Buffer* on page 2-5.
- *Bus Interface Unit and SCU interface* on page 2-5.

**Data Cache Unit**

The *Data Cache Unit* (DCU) consists of the following sub-blocks:

- The *Level 1* (L1) data cache controller, that generates the control signals for the associated embedded tag, data, and dirty RAMs, and arbitrates between the different sources requesting access to the memory resources. The data cache is 4-way set associative and uses a *Physically Indexed, Physically Tagged* (PIPT) scheme for lookup that enables unambiguous address management in the system.
- The load/store pipeline that interfaces with the DPU and main TLB.
- The system controller that performs cache and TLB maintenance operations directly on the data cache and on the instruction cache through an interface with the IFU.
- An interface to receive coherency requests from the *Snoop Control Unit* (SCU).

**6.1    About the L1 memory system**

The L1 memory system consists of separate instruction and data caches. The implementer configures the instruction and data caches independently during implementation, to sizes of 8KB, 16KB, 32KB, or 64KB.

The L1 Instruction memory system has the following key features:
- Instruction side cache line length of 64 bytes.
- 2-way set associative L1 Instruction cache.
- 128-bit read interface to the L2 memory system.

The L1 Data memory system has the following features:
- Data side cache line length of 64 bytes.
- 4-way set associative L1 Data cache.
- 256-bit write interface to the L2 memory system.
- 128-bit read interface to the L2 memory system.
- Read buffer that services the *Data Cache Unit* (DCU), the *Instruction Fetch Unit* (IFU) and the TLB.

https://documentation-service.arm.com/static/6040c321ee937942ba301626?token=, at 27 and 327.

48.    TI has indirectly infringed and continues to indirectly infringe one or more claims of the '400 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as TI's customers and end-users, in this District and elsewhere in the United States. For example, TI's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '400 Patent, including through their use of a device including the Accused Products. TI induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, SDKs, marketing, product manuals, advertisements, and online documentation.[2] Because

---

[2] *See, e.g.,* https://www.ti.com/product/AM62D-Q1, https://www.ti.com/lit/ds/symlink/am62d-q1.pdf, https://documentation-service.arm.com/static/6040c321ee937942ba301626?token=, https://www.ti.com/product/AM62L, https://www.ti.com/lit/ds/symlink/am62l.pdf, https://www.ti.com/product/AM625, https://www.ti.com/lit/ds/symlink/am625.pdf, https://www.ti.com/product/AM6442, https://www.ti.com/lit/ds/symlink/am6442.pdf, https://www.ti.com/lit/ds/symlink/am6548.pdf, https://www.ti.com/product/AM67, and https://www.ti.com/lit/ds/symlink/am67.pdf; *see also* https://www.ti.com/info/customer-support.html ("Customer Support," including for "Technical and design help") and https://www.ti.com/info/contact-us.html (providing technical support for design support and suppliers).

of TI's inducement, TI's customers and end-users use Accused Products in a way TI intends and directly infringe the '400 Patent. TI performs these affirmative acts with knowledge of the '400 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '400 Patent.

49.    TI has indirectly infringed and continues to indirectly infringe one or more claims of the '400 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. TI's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '400 Patent is directly infringed by others, including for the use of the applications listed below.

## 2 Applications

- Automotive / Premium audio amplifier
- Industrial / Professional audio
- Aerospace & defense / Radar and Radio
- Marine equipment / Sonar
- Medical & healthcare / Ultrasound scanner
- Test & measurement / Instrumentation

## 3 Description

The AM62D processor from the Sitara™ MPU family is targeted for applications needing high-performance Digital Signal Processing. Some of these applications include:

- **Audio**: Automotive premium amplifier and professional audio
- **Radar and Radio**: Aerospace and Defense
- **Sonar**: Marine equipments
- **Ultrasound**: Medical equipments
- **Instrumentation**: Current, Voltage, other signals: Test and Measurement

https://www.ti.com/lit/ds/sprspb5a/sprspb5a.pdf?ts=1775434146814&ref_url=https%253A%252F%252Fwww.google.com%252F

## 2 Applications

- Human Machine Interface (HMI)
- Medical - patient monitoring
- Building automation
- EV charging stations
- Solar energy
- Energy Infrastructure (Smart Meter & Solar Gateway)
- Mobile/Industrial printers

## 3 Description

The low-cost & performance optimized AM62L family of application processors are built for Linux® application development. With scalable Arm® Cortex®-A53 core performance and embedded features such as: Multimedia DSI/DPI support, integrated ADC on chip, advanced lower power management modes, and extensive security options for IP protection with the built-in security features.

The AM62Lx devices includes an extensive set of peripherals that make it a well-suited general-purpose device for a broad range of industrial applications while offering intelligent features and optimized power architecture as well. In addition, the extensive set of peripherals included in AM62Lx enables system-level connectivity, such as: USB, MMC/SD, OSPI, CAN-FD and an ADC.

https://www.ti.com/lit/ds/symlink/am62l.pdf?ts=1741400535285

## 2 Applications

- Human Machine Interfaces (HMI)
- Retail automation
- Driver Monitoring System (DMS/OMS) / In-Cabin Monitoring (ICM)
- Telematics Control Unit (TCU)
- 3D Point Cloud
- Vehicle to Infrastructure / Vehicle to Vehicle (V2X / V2V)
- 3D Re-configurable automotive instrument cluster
- Appliance user interface and connectivity
- Medical equipment

## 3 Description

The low-cost AM62x Sitara™ MPU family of application processors are built for Linux® application development. With scalable Arm® Cortex®-A53 performance and embedded features, such as dual-display support and 3D graphics acceleration, along with an extensive set of peripherals, making the AM62x device well-suited for a broad range of industrial and automotive applications while offering intelligent features and optimized power architecture.

https://www.ti.com/lit/ds/symlink/am625.pdf?ts=1775434251750

## 2 Applications

- Programmable Logic Controller (PLC)
- Motor drives
- Remote I/O
- Industrial robots
- Condition-monitoring gateway

37

## 3 Description

AM64x is an extension of the Sitara™ Industrial-grade family of heterogeneous Arm® processors. AM64x is built for industrial applications, such as motor drives and Programmable Logic Controllers (PLCs), which require a unique combination of real-time processing and communications with applications processing. AM64x combines two instances of the Sitara device's gigabit TSN-enabled PRU-ICSSG with up to two Arm® Cortex®-A53 cores, up to four Cortex-R5F MCUs, and a Cortex-M4F MCU.

AM64x is architected to provide real-time performance through the high-performance R5Fs, Tightly-Coupled Memory banks, configurable SRAM partitioning, and dedicated low-latency paths to and from peripherals for rapid data movement in and out of the SoC. This deterministic architecture allows for AM64x to handle the tight control loops found in servo drives while the peripherals like FSI, GPMC, PWMs, sigma delta decimation filters, and absolute encoder interfaces help enable a number of different architectures found in these systems.

https://www.ti.com/lit/ds/symlink/am6411.pdf

## 2 Applications

- Industrial Programmable Logic Controllers (PLC)
- Factory automation with safety functions
- Multi-protocol fieldbus communications
- Industrial PC
- Industrial robots
- Human Machine Interface (HMI)
- Grid infrastructure protection relays
- Robotic motor drives

## 3 Description

AM654x and AM652x Sitara™ processors are Arm® applications processors built to meet the complex processing needs of modern industry 4.0 embedded products.

The AM654x and AM652x devices combine four or two Arm® Cortex®-A53 cores with a dual Arm® Cortex®-R5F MCU subsystem which includes features intended to help customers achieve their functional safety goals for their end products and three Gigabit industrial communications subsystems (PRU_ICSSG) to create a SoC capable of high-performance industrial controls with industrial connectivity and processing for functional safety applications. AM65xx is currently undergoing assessment to be certified by TÜV SÜD according to IEC 61508.

https://www.ti.com/lit/ds/symlink/am6548.pdf?ts=1775423204170&ref_url=https%253A%252F%252Fwww.ti.com%252Fproduct%252FAM6548

**Technology / Package:**

- 16-nm FinFET technology
- 18 mm x 18 mm, 0.65 mm pitch with VCA (AMW)

**Companion Power Management Solution:**

- Functional Safety-Compliant support up to ASIL-B or SIL-2 targeted
- TPS6522x PMIC
- TPS6287x Stackable, Fast Transient Bucks

## 2 Applications

- Human Machine Interface (HMI)
- Hospital patient monitoring
- Industrial PC
- Building security system
- Off-highway vehicle
- Test and measurement
- Energy storage systems
- Video Surveillance
- Machine Vision
- Industrial mobile robot (AGV/AMR)
- Front camera systems

## 3 Description

The AM67x scalable processor family is based on the evolutionary Jacinto™ 7 architecture, targeted at Smart Vision Camera and General Compute applications and built on extensive market knowledge accumulated over a decade of TI's leadership in the Vision processor market. The AM67x family is built for a broad set of cost-sensitive high performance compute applications in Factory Automation, Building Automation, and other markets.

The AM67x provides high performance compute technology for both traditional and deep learning algorithms at industry leading power/performance ratios with a high level of system integration to enable scalability and lower costs for advanced vision camera applications. Key cores include the latest Arm and GPU processors for general compute, next generation DSP with scalar and vector cores, dedicated deep learning and traditional algorithm accelerators, an integrated next generation imaging subsystem (ISP), video codec, and MCU cores. All protected by industrial-grade security hardware accelerators.

https://www.ti.com/lit/ds/symlink/am67.pdf?ts=1775417702144&ref_url=https%253A%252F%252Fwww.ti.com%252Fproduct%252FAM67

**Technology / Package:**

- 16-nm FinFET technology
- 18 mm x 18 mm, 0.65 mm pitch with VCA (AMW)

**Companion Power Management Solution:**

- Functional Safety-Compliant support up to ASIL-B or SIL-2 targeted
- TPS6522x PMIC
- TPS6287x Stackable, Fast Transient Bucks

**2 Applications**

- Human Machine Interface (HMI)
- Hospital patient monitoring
- Industrial PC
- Building security system
- Off-highway vehicle
- Test and measurement
- Energy storage systems
- Video Surveillance
- Machine Vision
- Industrial mobile robot (AGV/AMR)
- Front camera systems

**3 Description**

The AM67x scalable processor family is based on the evolutionary Jacinto™ 7 architecture, targeted at Smart Vision Camera and General Compute applications and built on extensive market knowledge accumulated over a decade of TI's leadership in the Vision processor market. The AM67x family is built for a broad set of cost-sensitive high performance compute applications in Factory Automation, Building Automation, and other markets.

The AM67x provides high performance compute technology for both traditional and deep learning algorithms at industry leading power/performance ratios with a high level of system integration to enable scalability and lower costs for advanced vision camera applications. Key cores include the latest Arm and GPU processors for general compute, next generation DSP with scalar and vector cores, dedicated deep learning and traditional algorithm accelerators, an integrated next generation imaging subsystem (ISP), video codec, and MCU cores. All protected by industrial-grade security hardware accelerators.

https://www.ti.com/lit/ds/symlink/am67a.pdf

50.    The accused components within the Accused Products are material to the invention of the '400 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by TI to be especially made or adapted for use in the infringement of the '400 Patent. TI performs these affirmative acts with knowledge of the '400 Patent and with intent, or willful blindness, that they cause the direct infringement of the '400 Patent.

51.    TI's infringement of the '400 Patent is willful, at least because it has and continues to knowingly and deliberately infringe the '400 Patent. During prosecution of TI's U.S. Patent No. 8,661,199, the Examiner used the '400 Patent's publication as a basis for a rejection on June 19, 2013. TI traversed the rejection in detail, demonstrating its knowledge of the '400 Patent from at least as early as that date. Further, TI was a direct competitor to Freescale prior to Freescale's acquisition by NXP. TI named Freescale as among its competitors in its Annual Reports. Upon

information and belief, TI monitored or was otherwise aware of those companies' patented inventions, including due to their impact on Freescale and TI's market position, and based on its hiring of former Freescale employees. TI also has had actual notice and knowledge of the '400 Patent and its infringement thereof at least as of the filing date of this Complaint.

52.     Alternatively, to the extent that TI avoided actual knowledge of the Patents-in-Suit, and its infringement thereof, it was willfully blind. Upon information and belief, to the extent it lacked actual knowledge of infringement, TI deliberately avoided learning of infringement, despite subjectively believing that there was a high probability that it infringed NXP or Freescale's patents, and specifically the Patents-in-Suit. Upon information and belief, TI has adopted a policy or practice of not reviewing the patents of others, including those related to TI's specific industry and of NXP and Freescale in particular, thereby remaining willfully blind to the Patents-in-Suit. Upon information and belief, TI lacks written policies disseminated to employees regarding monitoring or avoidance of patent infringement by TI, and lacks mechanisms for employees to report patents which they believe TI may infringe. Upon information and belief, TI and its employees understood that there was a high likelihood that patents filed on innovations by Freescale and NXP read on the Accused Products based on their widely publicized R&D programs, and competitor status.

53.     Lock has suffered damages as a result of Defendant's direct and indirect infringement of the '400 Patent in an amount to be proved at trial.

54.     Lock has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '400 Patent for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT III
### (Infringement of the '280 Patent)

55.    Paragraphs 1 through 20 are incorporated by reference as if fully set forth herein.

56.    Lock has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '280 Patent.

57.    Defendant has and continues to directly infringe the '280 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Products including, but not limited to, the AM26x Sitara Microcontrollers Family and F29x Series Real Time Microcontrollers Family.

58.    For example, Defendant has and continues to directly infringe at least Claim 1 of the '280 Patent by making, using, offering to sell, selling, and/or importing into the United States products that each include an integrated circuit comprising: a hardware security module configured to support a secure boundary for retention of a device unique key and to prevent unauthorized access of the device unique key by sources external to the secure boundary, the hardware security module including: an interface configured to service data transfers between the secure boundary of the hardware security module and the external sources; a security processor configured to: use the device unique key to unwrap a content key within the secure boundary; and decrypt, within the secure boundary, encrypted data received from one of the external sources via the interface by using the unwrapped content key; and provide decrypted data to the interface for transfer outside of the secure boundary; and a secure key cache configured to allow access for use but not copying of the unwrapped content key external to the secure boundary; and a bus coupled to the interface of the hardware security module and configured to support transfer of data between the interface and the external sources.

42

59.    The Accused Products each include an integrated circuit comprising: a hardware security module configured to support a secure boundary for retention of a device unique key and to prevent unauthorized access of the device unique key by sources external to the secure boundary. For example, the AM26x Sitara Microcontrollers Family are each an integrated circuit comprising: a hardware security module (e.g., "Hardware Security Module (HSM)") configured to support a secure boundary (e.g., "Secure Zone," "secure execution environment," and/or "secure container [] handled within a trusted execution environment") for retention of a device unique key (e.g., secure keys used to perform encryption and decryption, root of trust keys and/or symmetric key that is unique to each device to encrypt and decrypt code) and to prevent unauthorized access of the device unique key (e.g., using cryptographic algorithms that can be accelerated using the HW modules provisioned within the HSM) by sources external to the secure boundary (e.g., "non-secure world outside of HSM").

**Security:**

- Hardware Security Module (HSM) with support for Auto SHE 1.1/EVITA
- Secure boot support
  - Device Take Over Protection
  - Hardware-enforced root-of-trust
  - Authenticated boot
  - SW Anti-rollback protection
- Debug security
  - Secure device debug only after proper authentication
  - Ability to disable device debug functionality
- Device ID and Key Management
  - Support for OTP Memory (FUSEROM)
    - Store root keys & other security fields
  - Separate EFUSE controllers and FUSE ROMs
  - Unique Public Device Identifiers (UIDs)
- Memory Protection Units (MPU)
  - Dedicated Arm® MPU per Cortex®-R5F core
  - System MPU - present at various interfaces in the SoC (MPU or Firewall)
  - 8-16 programmable regions
    - Enable/Privilege ID
    - Start/End Address
    - Read/Write/Cachable
    - Secure/Non-Secure
- Cryptographic Acceleration
  - Cryptographic cores with DMA Support
  - AES - 128/192/256-bit key sizes
  - SHA2 - 256/384/512-bit support
  - DRBG with pseudo and true random number generator
  - PKA (public key accelerator) to assist in RSA/ECC processing

https://www.ti.com/lit/ds/symlink/am2634.pdf?ts=1774586008547&ref_url=https%253A%252F%252Fwww.ti.com%252Fproduct%252FAM2634

## 4.2 Preserving Key and Code Security

One challenge many users face in deploying embedded systems is how to maintain the security of code, secrets, and intellectual property through the manufacturing process. A process called secure provisioning involves programming secret cryptographic keys into the microcontroller while in an unsecure environment. These keys are subsequently used to authenticate and decrypt incoming application code. In many cases, a third-party manufacturing and programming facility is involved in the provisioning process; and even with signed non-disclosure agreements, it is still possible for a rogue actor to intercept and steal secrets, or potentially install compromised software on the microcontroller. A process must therefore be established that preserves the confidentiality, integrity, and authenticity of secret keys, certificates and code at all stages, starting with the servers from which these assets are sourced, and ending with successful decryption and programming of the assets inside the microcontroller.

A secure provisioning process begins with the IT infrastructure that is used to source encryption keys and data. Keys used to perform encryption and decryption must be stored in a secure container and handled within a trusted execution environment, accessible only by key personnel. Within this trusted execution environment, a user key provisioning package is prepared, with user keys encrypted and signed using the chip manufacturer's keys. This package is then securely transmitted to the factory and programmed into the device, preserving the confidentiality of the user keys throughout the process. Once user encryption keys are provisioned, application code can be programmed into the device. This process is similar to the key provisioning process, with the primary difference being that user code is now encrypted and signed using the user keys that were previously programmed into the device's secure storage. For devices with internal Flash memory, there is an additional security benefit: the code remains encrypted and inaccessible until it is programmed into the device. It can then be decrypted and stored in plain text to maximize code execution performance, as confidentiality is maintained using device-level security controls. On the other hand, devices that rely on external Flash chips can use a symmetric key that is unique to each device to encrypt and decrypt code being transmitted between external Flash and internal RAM. For additional security, a unique customer ID can be pre-programmed into the device before shipping to the customer programming facility. This unique ID can be further used to authenticate genuine parts, and help eliminate the risk of unauthorized clones created by rogue third parties.

## 5 Secure Execution Environment

Establishing a root of trust on the device generally requires the creation of a secure execution environment, sometimes also referred to as a trusted execution environment (TEE). The essential idea behind secure execution environments is to create separate code execution domains, or "worlds", that have different privileges and access rights to system resources. Secure execution environments can protect code and data in use from unauthorized modification, extraction, or tampering by malicious software or hardware. A hardware security module (HSM) is a typical example of a secure execution environment that is purpose-built for providing cryptographic services, secure storage, root of trust, and authentication for a host microcontroller or processor. TI's AM26x and F29x microcontrollers include an available built-in HSM with these features, enabling a secure key and code provisioning process, secure boot, debug authentication and cryptographic services for the application.

In many cases, establishing a root of trust alone is not sufficient, as modern applications must deal with potential cybersecurity threats in a connected environment. External communication interfaces, such as a CAN bus or UART port, can potentially be vulnerable to exploits that end up compromising the integrity of the software tasks that operate these interfaces. Given the unpredictable nature of these threats, a complete cybersecurity threat assessment will necessarily include the presumption of compromised code modules, and the risk they pose to the confidentiality, integrity, availability and safety of the whole system. Run-time application security is therefore an important aspect of cybersecurity implementation in embedded systems.

Software-based measures for run-time security are undesirable in real-time control systems, due to the additional processing burden required, which typically means added latency and reduced overall control loop performance. In addition, software-based solutions are not immutable; compromised code could lead to a defeat of the entire run-time security apparatus. A hardware-based solution typically starts with some type of memory protection unit, or MPU. MPUs allow the application developer to define fixed memory regions, and configure access permissions (read, write and execute) for each region depending on the initiator attempting to access it. These initiators can include CPUs, DMAs and debuggers. In the TI F29x family of microcontrollers, memory and peripheral access protections are context-sensitive. The application can be divided into multiple code modules, based on the address range each application code module resides in. Any range of data or peripherals belonging to a code module can then be shared with other code modules, with individual read or write permissions defined. Because these hardware memory protections are specific to the code module performing the access, the need for a software OS layer managing the MPU is eliminated, thus maintaining code and data safety without compromising performance.

https://www.ti.com/lit/wp/sprado0/sprado0.pdf

## Security Architecture and HSM in AM26x

AM263x and AM263Px comes with a programmable core *(ARM Cortex M4)* with **internal RAM (as mentioned in the table)** that is provisioned in the HSM. The module host the root of trust keys, defines the **secure access mechanisms, controls the debug control** via firewalls and security override in case of device returns. The cryptographic algorithms can be accelerated using the HW modules provisioned within the HSM. They include acceleration of **AES, SHA, Public Key Accelerator** to perform big math operation for Asymmetric key crypto and **True Random Number Generation**. The communication with the subsystem is over a **Mailbox interface and a Secure DMA** is used to perform the data transfer operations to preserve the CPU cycles and provide optimized performance.

| Device | HSM RAM Size |
|---|---|
| AM263x | 192KB |
| AM263Px | 256KB |



https://dev.ti.com/tirex/explore/node?isTheia=false&node=A__AV7JOFQElxyKdMz93HO.9w_
_AM26X-ACADEMY__t0CaxbG__2.02.00.00



https://www.ti.com/lit/ds/symlink/am2634.pdf?ts=1774586008547&ref_url=https%253A%252F
%252Fwww.ti.com%252Fproduct%252FAM2634, at 4.

60.    The Accused Products comprise the hardware security module including: an

interface configured to service data transfers between the secure boundary of the hardware security

46

module and the external sources. For example, the AM26x Sitara Microcontrollers Family comprises the hardware security module (e.g., Hardware Security Module (HSM)), which includes an interface (e.g., HSM Interconnect Infrastructure) configured to service data transfers between the secure boundary (e.g., "Secure Zone," "secure execution environment," and/or "secure container [] handled within a trusted execution environment") of the HSM and the external sources (e.g., "non-secure world outside of HSM").

## 4.2 Preserving Key and Code Security

One challenge many users face in deploying embedded systems is how to maintain the security of code, secrets, and intellectual property through the manufacturing process. A process called secure provisioning involves programming secret cryptographic keys into the microcontroller while in an unsecure environment. These keys are subsequently used to authenticate and decrypt incoming application code. In many cases, a third-party manufacturing and programming facility is involved in the provisioning process; and even with signed non-disclosure agreements, it is still possible for a rogue actor to intercept and steal secrets, or potentially install compromised software on the microcontroller. A process must therefore be established that preserves the confidentiality, integrity, and authenticity of secret keys, certificates and code at all stages, starting with the servers from which these assets are sourced, and ending with successful decryption and programming of the assets inside the microcontroller.

A secure provisioning process begins with the IT infrastructure that is used to source encryption keys and data. Keys used to perform encryption and decryption must be stored in a secure container and handled within a trusted execution environment, accessible only by key personnel. Within this trusted execution environment, a user key provisioning package is prepared, with user keys encrypted and signed using the chip manufacturer's keys. This package is then securely transmitted to the factory and programmed into the device, preserving the confidentiality of the user keys throughout the process. Once user encryption keys are provisioned, application code can be programmed into the device. This process is similar to the key provisioning process, with the primary difference being that user code is now encrypted and signed using the user keys that were previously programmed into the device's secure storage. For devices with internal Flash memory, there is an additional security benefit: the code remains encrypted and inaccessible until it is programmed into the device. It can then be decrypted and stored in plain text to maximize code execution performance, as confidentiality is maintained using device-level security controls. On the other hand, devices that rely on external Flash chips can use a symmetric key that is unique to each device to encrypt and decrypt code being transmitted between external Flash and internal RAM. For additional security, a unique customer ID can be pre-programmed into the device before shipping to the customer programming facility. This unique ID can be further used to authenticate genuine parts, and help eliminate the risk of unauthorized clones created by rogue third parties.

https://www.ti.com/lit/wp/sprado0/sprado0.pdf

47

## Security Architecture and HSM in AM26x

AM263x and AM263Px comes with a programmable core *(ARM Cortex M4)* with **internal RAM (as mentioned in the table)** that is provisioned in the HSM. The module host the root of trust keys, defines the **secure access mechanisms, controls the debug control** via firewalls and security override in case of device returns. The cryptographic algorithms can be accelerated using the HW modules provisioned within the HSM. They include acceleration of **AES, SHA, Public Key Accelerator** to perform big math operation for Asymmetric key crypto and **True Random Number Generation**. The communication with the subsystem is over a **Mailbox interface and a Secure DMA** is used to perform the data transfer operations to preserve the CPU cycles and provide optimized performance.

| Device | HSM RAM Size |
| --- | --- |
| AM263x | 192KB |
| AM263Px | 256KB |



## Security Goal - Sand-box security

Security operates in an isolated environment. Data is erased after operation, prevents leakage outside of sandbox.

<u>Sand-box security in AM26x devices :</u> There are 2 worlds within the SoC – the secure HSM zone and non-secure world outside of HSM (within the SoC) – that co-exist, and are designed to have no leak of data outside of the HSM world.

https://dev.ti.com/tirex/explore/node?isTheia=false&node=A__AV7JOFQElxyKdMz93HO.9w__AM26X-ACADEMY__t0CaxbG__2.02.00.00



48

https://www.ti.com/lit/ds/symlink/am2634.pdf?ts=1774586008547&ref_url=https%253A%252F%252Fwww.ti.com%252Fproduct%252FAM2634, at 4.

61.    The Accused Products comprise a security processor configured to: use the device unique key to unwrap a content key within the secure boundary; and decrypt, within the secure boundary, encrypted data received from one of the external sources via the interface by using the unwrapped content key; and provide decrypted data to the interface for transfer outside of the secure boundary. For example, the AM26x Sitara Microcontrollers Family comprises a security processor configured to: use the device unique key to unwrap a content key within the secure boundary (e.g., programmable ARM "Cortex M4 subsystem that is designed to operate autonomously and protect critical assets such as platform keys, acts as main control for security"). For further example, the AM26x Sitara Microcontrollers Family comprises a security processor configured to: decrypt, within the secure boundary, encrypted data (e.g., "application code [that was] programmed into the device; "User code blob (Encrypted and signed with user keys)"; "code which is encrypted and signed with TI keys") received from one of the external sources (e.g., external Flash) via the interface by using the unwrapped content key. For further example, the AM26x Sitara Microcontrollers Family comprises a security processor configured to: provide decrypted data to the interface for transfer outside of the secure boundary (e.g., "decrypted code being transmitted between external Flash and internal RAM" and/or between HSM Interconnect Infrastructure for transfer to the MSS).

## 4.2 Preserving Key and Code Security

One challenge many users face in deploying embedded systems is how to maintain the security of code, secrets, and intellectual property through the manufacturing process. A process called secure provisioning involves programming secret cryptographic keys into the microcontroller while in an unsecure environment. These keys are subsequently used to authenticate and decrypt incoming application code. In many cases, a third-party manufacturing and programming facility is involved in the provisioning process; and even with signed non-disclosure agreements, it is still possible for a rogue actor to intercept and steal secrets, or potentially install compromised software on the microcontroller. A process must therefore be established that preserves the confidentiality, integrity, and authenticity of secret keys, certificates and code at all stages, starting with the servers from which these assets are sourced, and ending with successful decryption and programming of the assets inside the microcontroller.

Figure 4-1. Establishing a Root of Trust with a Secure Provisioning Flow

A secure provisioning process begins with the IT infrastructure that is used to source encryption keys and data. Keys used to perform encryption and decryption must be stored in a secure container and handled within a trusted execution environment, accessible only by key personnel. Within this trusted execution environment, a user key provisioning package is prepared, with user keys encrypted and signed using the chip manufacturer's keys. This package is then securely transmitted to the factory and programmed into the device, preserving the confidentiality of the user keys throughout the process. Once user encryption keys are provisioned, application code can be programmed into the device. This process is similar to the key provisioning process, with the primary difference being that user code is now encrypted and signed using the user keys that were previously programmed into the device's secure storage. For devices with internal Flash memory, there is an additional security benefit: the code remains encrypted and inaccessible until it is programmed into the device. It can then be decrypted and stored in plain text to maximize code execution performance, as confidentiality is maintained using device-level security controls. On the other hand, devices that rely on external Flash chips can use a symmetric key that is unique to each device to encrypt and decrypt code being transmitted between external Flash and internal RAM. For additional security, a unique customer ID can be pre-programmed into the device before shipping to the customer programming facility. This unique ID can be further used to authenticate genuine parts, and help eliminate the risk of unauthorized clones created by rogue third parties.

https://www.ti.com/lit/wp/sprado0/sprado0.pdf

Stage 1:

User is delivered the device in HSFS (Field Secure) state. The device contains TI keys provisioned. In this state, the HSM core only executes a code which is encrypted and signed with TI keys.

Stage 2:

TI supports provisioning of user keys by using a key provisioning package (in a trusted environment), with user keys encrypted and signed using the TI keys. This key certificate is then securely transmitted using the SBL Key Writer example executing on the device available as part of OTP Key Provisioning Package. There are multiple ways of using SBL Key Writer, for example UART Boot Mode, Flash Boot Mode (QSPI or OSPI boot mode) and more. Confidentiality of the user keys is maintained throughout the process that allows user to replicate the process even in a non-secure environment. Once user encryption keys are provisioned, the life-cycle of the device is changed to HSSE state.

https://www.ti.com/lit/po/sprt788/sprt788.pdf



https://dev.ti.com/tirex/explore/node?isTheia=false&node=A__AV7JOFQElxyKdMz93HO.9w_ _AM26X-ACADEMY__t0CaxbG__2.02.00.00

62.    The Accused Products comprise a secure key cache configured to allow access for use but not copying of the unwrapped content key external to the secure boundary. For example, the AM26x Sitara Microcontrollers Family comprises a secure key cache configured to allow access for use but not copying of the unwrapped content key (e.g., "device's secure storage" "in a secure container and handled within a trusted execution environment" for "keys used to perform encryption and decryption") external to the secure boundary (e.g., "sandboxed secure zone," "trusted execution environment," and/or secure execution environment "not affected by a compromise in any other subsystem").

### 4.2 Preserving Key and Code Security

One challenge many users face in deploying embedded systems is how to maintain the security of code, secrets, and intellectual property through the manufacturing process. A process called secure provisioning involves programming secret cryptographic keys into the microcontroller while in an unsecure environment. These keys are subsequently used to authenticate and decrypt incoming application code. In many cases, a third-party manufacturing and programming facility is involved in the provisioning process; and even with signed non-disclosure agreements, it is still possible for a rogue actor to intercept and steal secrets, or potentially install compromised software on the microcontroller. A process must therefore be established that preserves the confidentiality, integrity, and authenticity of secret keys, certificates and code at all stages, starting with the servers from which these assets are sourced, and ending with successful decryption and programming of the assets inside the microcontroller.



Figure 4-1. Establishing a Root of Trust with a Secure Provisioning Flow

A secure provisioning process begins with the IT infrastructure that is used to source encryption keys and data. Keys used to perform encryption and decryption must be stored in a secure container and handled within a trusted execution environment, accessible only by key personnel. Within this trusted execution environment, a user key provisioning package is prepared, with user keys encrypted and signed using the chip manufacturer's keys. This package is then securely transmitted to the factory and programmed into the device, preserving the confidentiality of the user keys throughout the process. Once user encryption keys are provisioned, application code can be programmed into the device. This process is similar to the key provisioning process, with the primary difference being that user code is now encrypted and signed using the user keys that were previously programmed into the device's secure storage. For devices with internal Flash memory, there is an additional security benefit: the code remains encrypted and inaccessible until it is programmed into the device. It can then be decrypted and stored in plain text to maximize code execution performance, as confidentiality is maintained using device-level security controls. On the other hand, devices that rely on external Flash chips can use a symmetric key that is unique to each device to encrypt and decrypt code being transmitted between external Flash and internal RAM. For additional security, a unique customer ID can be pre-programmed into the device before shipping to the customer programming facility. This unique ID can be further used to authenticate genuine parts, and help eliminate the risk of unauthorized clones created by rogue third parties.

https://www.ti.com/lit/wp/sprado0/sprado0.pdf

## Security Goal - Layered security

Multi-tier approach, such that compromises do not spread and break the entire system security. Each tier operates in isolation with other tiers.

Layered security in AM26x devices : Create isolation across the processing entity, such that compromise in one entity does not make the whole system vulnerable. The HSM being a sandboxed secure zone of operation is not affected by a compromise in any other subsystem.

https://dev.ti.com/tirex/explore/node?isTheia=false&node=A__AV7JOFQElxyKdMz93HO.9w__AM26X-ACADEMY__t0CaxbG__2.02.00.00

*Stage 1:*

User is delivered the device in HSFS (Field Secure) state. The device contains TI keys provisioned. In this state, the HSM core only executes a code which is encrypted and signed with TI keys.

*Stage 2:*

TI supports provisioning of user keys by using a key provisioning package (in a trusted environment), with user keys encrypted and signed using the TI keys. This key certificate is then securely transmitted using the SBL Key Writer example executing on the device available as part of OTP Key Provisioning Package. There are multiple ways of using SBL Key Writer, for example UART Boot Mode, Flash Boot Mode (QSPI or OSPI boot mode) and more. Confidentiality of the user keys is maintained throughout the process that allows user to replicate the process even in a non-secure environment. Once user encryption keys are provisioned, the life-cycle of the device is changed to HSSE state.

https://www.ti.com/lit/po/sprt788/sprt788.pdf

63.     The Accused Products comprise a bus coupled to the interface of the hardware security module and configured to support transfer of data between the interface and the external sources. For example, the AM26x Sitara Microcontrollers Family comprises a bus (e.g., CORE VBUSM Interconnect) coupled to the interface of the hardware security module (e.g., "HSM") and configured to support transfer of data between the interface (e.g., HSM Interconnect Infrastructure) and the external sources (e.g., MSS and/or external Flash).



**Figure 3-1. Top-Level System Interconnect**

## Security Architecture and HSM in AM26x

AM263x and AM263Px comes with a programmable core *(ARM Cortex M4)* with **internal RAM (as mentioned in the table)** that is provisioned in the HSM. The module host the root of trust keys, defines the **secure access mechanisms, controls the debug control** via firewalls and security override in case of device returns. The cryptographic algorithms can be accelerated using the HW modules provisioned within the HSM. They include acceleration of **AES, SHA, Public Key Accelerator** to perform big math operation for Asymmetric key crypto and **True Random Number Generation**. The communication with the subsystem is over a **Mailbox interface and a Secure DMA** is used to perform the data transfer operations to preserve the CPU cycles and provide optimized performance.

| Device | HSM RAM Size |
| --- | --- |
| AM263x | 192KB |
| AM263Px | 256KB |



## Security Goal - Sand-box security

Security operates in an isolated environment. Data is erased after operation, prevents leakage outside of sandbox.

Sand-box security in AM26x devices : There are 2 worlds within the SoC – the secure HSM zone and non-secure world outside of HSM (within the SoC) – that co-exist, and are designed to have no leak of data outside of the HSM world.

https://dev.ti.com/tirex/explore/node?isTheia=false&node=A__AV7JOFQElxyKdMz93HO.9w__AM26X-ACADEMY__t0CaxbG__2.02.00.00

## 4.2 Preserving Key and Code Security

One challenge many users face in deploying embedded systems is how to maintain the security of code, secrets, and intellectual property through the manufacturing process. A process called secure provisioning involves programming secret cryptographic keys into the microcontroller while in an unsecure environment. These keys are subsequently used to authenticate and decrypt incoming application code. In many cases, a third-party manufacturing and programming facility is involved in the provisioning process; and even with signed non-disclosure agreements, it is still possible for a rogue actor to intercept and steal secrets, or potentially install compromised software on the microcontroller. A process must therefore be established that preserves the confidentiality, integrity, and authenticity of secret keys, certificates and code at all stages, starting with the servers from which these assets are sourced, and ending with successful decryption and programming of the assets inside the microcontroller.

**Figure 4-1. Establishing a Root of Trust with a Secure Provisioning Flow**

A secure provisioning process begins with the IT infrastructure that is used to source encryption keys and data. Keys used to perform encryption and decryption must be stored in a secure container and handled within a trusted execution environment, accessible only by key personnel. Within this trusted execution environment, a user key provisioning package is prepared, with user keys encrypted and signed using the chip manufacturer's keys. This package is then securely transmitted to the factory and programmed into the device, preserving the confidentiality of the user keys throughout the process. Once user encryption keys are provisioned, application code can be programmed into the device. This process is similar to the key provisioning process, with the primary difference being that user code is now encrypted and signed using the user keys that were previously programmed into the device's secure storage. For devices with internal Flash memory, there is an additional security benefit: the code remains encrypted and inaccessible until it is programmed into the device. It can then be decrypted and stored in plain text to maximize code execution performance, as confidentiality is maintained using device-level security controls. On the other hand, devices that rely on external Flash chips can use a symmetric key that is unique to each device to encrypt and decrypt code being transmitted between external Flash and internal RAM. For additional security, a unique customer ID can be pre-programmed into the device before shipping to the customer programming facility. This unique ID can be further used to authenticate genuine parts, and help eliminate the risk of unauthorized clones created by rogue third parties.

https://www.ti.com/lit/wp/sprado0/sprado0.pdf

64.     TI has indirectly infringed and continues to indirectly infringe one or more claims of the '280 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as TI's customers and end-users, in this District and elsewhere in the United States. For example, TI's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '280 Patent, including through their use of a device including the Accused Products. TI induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-

55

users suggesting that they use the Accused Products in an infringing manner, including technical support, SDKs, marketing, product manuals, advertisements, and online documentation.[3] Because of TI's inducement, TI's customers and end-users use the Accused Products in a way TI intends and directly infringe the '280 Patent. TI performs these affirmative acts with knowledge of the '280 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '280 Patent.

65.    TI has indirectly infringed and continues to indirectly infringe one or more claims of the '280 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. TI's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '280 Patent is directly infringed by others, including for the use of the applications listed below:

---

[3] *See, e.g.*, https://www.ti.com/product/AM2634, https://www.ti.com/lit/ds/symlink/am2634.pdf, https://www.ti.com/lit/wp/sprado0/sprado0.pdf, https://dev.ti.com/tirex/explore/node?isTheia=false&node=A__AV7JOFQElxyKdMz93HO.9w__AM26X-ACADEMY__t0CaxbG__2.02.00.00, and https://www.ti.com/lit/po/sprt788/sprt788.pdf, https://www.ti.com/lit/ug/spruj79a/spruj79a.pdf?ts=1772626199033; https://www.ti.com/lit/ds/symlink/f29h850tu.pdf?ts=1772685804860&ref_url=https%253A%252F%252Fwww.ti.com%252Fproduct%252FF29H850TU, https://www.ti.com/lit/wp/sprado0/sprado0.pdf, and https://www.ti.com/document-viewer/lit/html/SPRT789; *see also* https://www.ti.com/info/customer-support.html ("Customer Support," including for "Technical and design help") and https://www.ti.com/info/contact-us.html (providing technical support for design support and suppliers).

## 2 Applications

- Single & Multi Axis Servo Drives
- AC Inverter & VF Drives
- Solar Energy
- EV Charging
- Renewable Energy Storage
- Traction Inverters
- Onboard Chargers
- DC-DC Converters
- Battery Management Systems
- Combo Box Architectures
- IO Aggregators
- Domain Controllers

## 3 Description

The AM263x Sitara™ Arm® Microcontrollers are built to meet the complex real-time processing needs of next generation industrial and automotive embedded products. The AM263x MCU family consists of multiple pin-to-pin compatible devices with up to four 400MHz Arm® Cortex®-R5F cores. As an option, the Arm® R5F subsystem can be programmed to run in lockstep or dual-core mode for a multiple functional safety configurations. The industrial communications subsystem (PRU-ICSS) enables integrated industrial Ethernet communication protocols such as PROFINET®, Ethernet/IP®, EtherCAT® (among many others), standard Ethernet connectivity, and even custom I/O interfaces. The family is designed for the future of motor control and digital power applications with advanced analog sensing and digital actuation modules.

The multiple R5F cores are arranged in cluster subsystems with 256KB of shared tightly coupled memory (TCM) along with 2MB of shared SRAM, greatly reducing the need for external memory. Extensive ECC is included for on-chip memories, peripherals, and interconnects for enhanced reliability. Granular firewalls managed by the Hardware Security Manager (HSM) enable developers to implement stringent security-minded system design requirements. Cryptographic acceleration and secure boot are also available on AM263x devices.

https://www.ti.com/lit/ds/symlink/am2634.pdf

## 2 Applications

- On-board charger (OBC) with or without Host Integration
- HEV/EV DC/DC converter
- HEV/EV powertrain integration
- Electric power steering (EPS)
- Traction Inverter
- HVAC large commercial motor control
- Automated sorting equipment

- CNC control
- Central inverter
- String inverter
- Inverter & motor control
- Linear motor segment controller
- Servo drive control module
- Industrial AC-DC
- Three phase UPS
- Merchant network and server PSU

## 3 Description

The F29H85x, F29P58x, and F29P32x are members of the C2000™ real-time microcontroller family of scalable, ultra-low latency MCUs designed for efficiency in power electronics, motor control, and beyond, including but not limited to: high power density, high switching frequencies, and supporting the use of GaN and SiC technologies. The F29 product families feature the next-generation C29 CPU core, leading the industry with 2x performance from the previous-generation C28 CPU core. The C29 core also supports byte-addressing, with data types fully compatible with other popular CPU architectures, including the Arm® architecture, enabling a smooth migration for customers looking to go to market quickly. For more information, see *The C29 CPU – Unrivaled Real-Time Performance with Optimized Architecture on C2000™ MCUs* technical white paper.

These include such applications as:

- HEV/EV powertrain – helping enable single-stage OBC architectures
    - On-board chargers
    - DC/DC converters
    - Integrated powertrain
- Safety and chassis applications:
    - Electric power steering
    - Braking
- Motor control
    - Traction inverter motor control – enabling advanced and sophisticated control techniques to improve traction system efficiency
    - HVAC motor control
    - Mobile robot motor control
- Solar inverters
    - Central inverter
    - Micro inverter
    - String inverter
- Digital power
- Industrial motor drives
- EV charging infrastructure

https://www.ti.com/lit/ds/symlink/f29h859tu-q1.pdf

66.    The accused components within the Accused Products are material to the invention of the '280 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by TI to be especially made or adapted for use in the infringement of the '280 Patent. TI performs these affirmative acts with knowledge of the '280 Patent and with intent, or willful blindness, that they cause the direct infringement of the '280 Patent.

67.    TI's infringement of the '280 Patent is willful, at least because it has and continues to knowingly and deliberately infringe the '280 Patent. Further, TI was a direct competitor to Broadcom. TI named Broadcom as among its competitors in its Annual Reports. Upon information

and belief, TI monitored or was otherwise aware of those companies' patented inventions, including due to their impact on Broadcom and TI's market position, and based on its hiring of former Broadcom employees. TI also has had actual notice and knowledge of the '280 Patent and its infringement thereof at least as of the filing date of this Complaint.

68.    Alternatively, to the extent that TI avoided actual knowledge of the Patents-in-Suit, and its infringement thereof, it was willfully blind. Upon information and belief, to the extent it lacked actual knowledge of infringement, TI deliberately avoided learning of infringement, despite subjectively believing that there was a high probability that it infringed Broadcom or NXP's patents, and specifically the Patents-in-Suit. Upon information and belief, TI has adopted a policy or practice of not reviewing the patents of others, including those related to TI's specific industry and of Broadcom, and NXP in particular, thereby remaining willfully blind to the Patents-in-Suit. Upon information and belief, TI lacks written policies disseminated to employees regarding monitoring or avoidance of patent infringement by TI, and lacks mechanisms for employees to report patents which they believe TI may infringe. Upon information and belief, TI and its employees understood that there was a high likelihood that patents filed on innovations by Broadcom and NXP read on the Accused Products based on their widely publicized R&D programs, and competitor status.

69.    Lock has suffered damages as a result of Defendant's direct and indirect infringement of the '280 Patent in an amount to be proved at trial.

70.    Lock has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '280 Patent for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Lock prays for relief against Defendant as follows:

a.      Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c.      An order awarding damages sufficient to compensate Lock for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d.      Entry of judgment declaring that this case is exceptional and awarding Lock its costs and reasonable attorney fees under 35 U.S.C. § 285;

e.      Entry of judgment awarding treble damages pursuant to 35 U.S.C. § 284 for Defendant's willful infringement of one or more of the Patents-in-Suit; and

f.      Such other and further relief as the Court deems just and proper.

Dated:  April 15, 2026

Respectfully submitted,

/s/  *Peter Lambrianakos*

Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
Richard M. Cowell
NY Bar No. 4617759
Email: rcowell@frlip.com
Julian Pymento
NY Bar No. 5563499
Email: jpymento@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF
LOCK SEMICONDUCTOR LLC***